CO-386
10/2018

# United States District Court
# For the District of Columbia

Coalition for Independent Technology Research

        vs      Plaintiff

Rubio, et al.

                Defendant

Civil Action No. 1:26-cv-815

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Coalition for Independent Technology Research__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Coalition for Independent Technology Research__ which have any outstanding securities in the hands of the public:

Coalition for Independent Technology Research has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.
Coalition for Independent Technology Research is a fiscally sponsored project of Aspiration, a non-profit organization based in California. Aspiration also has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Carrie DeCell
Signature

1015491
BAR IDENTIFICATION NO.

Carrie DeCell
Print Name

475 Riverside Dr., Ste. 302
Address

New York, NY 10115
City     State     Zip Code

646-745-8500
Phone Number