UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUBIO, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

## MOTION FOR PERMISSION TO USE P.O. BOX

Plaintiff Coalition for Independent Technology Research ("CITR") respectfully requests leave from this Court to list a Post Office Box address instead of a "full residence address" in the caption of its Complaint and in any subsequent pleading where a "full residence address" or "full address" may be required.[1]

This Court permits departure from Local Civil Rule 5.1(c)(1)'s "full residence address" requirement for good cause. *See, e.g.*, *Powell v. Bergersen*, Civil Action No. 1:25-cv-02511 (UNA), 2025 WL 3207827, at *1 (D.D.C. Nov. 13, 2025). Good cause exists here. CITR is a fiscally sponsored project of Aspiration, a non-profit organization based in San Francisco, CA, which has no physical address and channels all legal and administrative correspondence through Post Office Box 880264, San Francisco, CA 94188. CITR itself does not have a physical address because its staff work remotely. For this reason, the Court should grant this Motion.

---

[1] Pursuant to Local Civil Rule 7(m), counsel for Plaintiff will confer with opposing counsel regarding the relief sought in this motion once Defendants' attorney of record enters an appearance.

| | |
|---|---|
| March 9, 2026 | Respectfully submitted, |

| | |
|---|---|
| /s/ *Naomi Gilens* | /s/ *Carrie DeCell* |
| Naomi Gilens (D.C. Bar No. 90037831)* | Carrie DeCell (D.C. Bar No. 1015491) |
| Nicole Schneidman** | Raya Koreh* |
| Protect Democracy Project | Kiran Wattamwar** |
| 2020 Pennsylvania Ave. NW, Suite 163 | Anna Diakun** |
| Washington, DC 20006 | Katie Fallow** |
| (202) 579-4582 | Alex Abdo** |
| naomi.gilens@protectdemocracy.org | Jameel Jaffer (D.C. Bar No. MI0067) |
| | Knight First Amendment Institute |
| |   at Columbia University |
| | 475 Riverside Drive, Suite 302 |
| | New York, NY 10115 |
| | (646) 745-8500 |
| | carrie.decell@knightcolumbia.org |

*Counsel for Plaintiff*

\* Application for admission to D.D.C. pending.

\** Motion for admission *pro hac vice* forthcoming.

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on March 9, 2026, I electronically filed the foregoing in the U.S. District Court for the District of Columbia using the CM/ECF system. Since opposing counsel has not yet registered their appearance on CM/ECF, I also served paper copies via U.S. Postal Service Certified Mail to Defendants at the addresses below:

Pamela Bondi, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Marco Rubio, in his official capacity as Secretary of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington, DC 20522

U.S. Attorney's Office for District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*