AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-815

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kristi Noem, in her official capacity as Secretary of Homeland Security
was received by me on *(date)*    3/9/2026    .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served Kristi Noem by serving the United States (see below) and by sending a copy of
the summons and of the complaint by USPS certified mail to Ms. Noem on 3/9/2026.
Please see the attached USPS receipt and delivery confirmation.

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    3/16/26

_____
*Server's signature*

Helen Zhong, Litigation Program Manager
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney
General of the United States on 3/9/2026 and (2) sending a copy of the complaint and summons to the U.S.
attorney's office for the District of D.C. by USPS certified mail on 3/9/2026. Please see the attached USPS
receipts and delivery confirmations.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $5.30 | 0036 |
| $ $0.00 | 05 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.28 | |
| $ | 03/09/2026 |
| Total Postage and Fees | |
| $8.58 | |

Sent To: U.S. Attorney's Office for District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $5.30 | 0036 |
| $ $0.00 | 05 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.28 | |
| $ | 03/09/2026 |
| Total Postage and Fees | |
| $8.58 | |

Sent To: Pamela Bondi
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

| | |
|---|---|
| Certified Mail Fee $5.30 | 0036 |
| $ $0.00 | 05 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Postmark |
| ☐ Adult Signature Required $ $0.00 | Here |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.00 | |
| $ | 03/09/2026 |
| Total Postage and Fees | |
| $8.30 | |

Sent To: Kristi Noem
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

PS Form 3800,

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20522

| | |
|---|---|
| Certified Mail Fee $5.30 | 0036 |
| $ $0.00 | 05 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Postmark |
| ☐ Adult Signature Required $ $0.00 | Here |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.00 | |
| $ | 03/09/2026 |
| Total Postage and Fees | |
| $8.30 | |

Sent To: Marco Rubio
The Executive Office of the Legal Adviser
and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGI…**

# USPS Tracking®

FAQs ⟩

**Remove ✕**

**Tracking Number:**

## 9589071052700029496720

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:52 am on March 16, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20528
March 16, 2026, 9:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less ⌃**

**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGI…**

# USPS Tracking®

FAQs ❯

**Remove ✕**

**Tracking Number:**

## 95890710527000029496713

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on March 16, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 16, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ︿**

**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGI...**

# USPS Tracking®

FAQs ❯

Remove ✕

**Tracking Number:**

## 95890710527000029496751

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on March 16, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 16, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                     ⌄

USPS Tracking Plus®                                       ⌄

Product Information                                       ⌄

See Less ⌃