AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-815

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of D.C.

was received by me on *(date)* 3/9/2026 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served U.S. Attorney for the District of D.C. by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the civil process clerk on 3/9/2026. Please see the attached USPS receipt and delivery confirmation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/26

_____
*Server's signature*

Helen Zhong, Litigation Program Manager
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/9/2026 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of D.C. by USPS certified mail on 3/9/2026. Please see the attached USPS receipts and delivery confirmations.







**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGI…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 95890710527000029496751

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on March 16, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 16, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGI…**

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9589071052700029496713

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:38 am on March 16, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

> **USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 16, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                              ⌄

---

**USPS Tracking Plus®**                               ⌄

---

**Product Information**                               ⌄

**See Less ∧**