Case No. 1:26-cv-815 (JEB)

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**<u>DECLARATION OF CARRIE DECELL</u>**

I, Carrie DeCell, declare as follows:

1.      I am a licensed attorney in good standing in the District of Columbia. I appear on behalf of Plaintiff Coalition for Independent Technology Research ("CITR") in the above-captioned case.

2.      I submit this declaration in support of Plaintiff's Motion for Protective Order Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation.

3.      Over the past several weeks, I have consulted with CITR members regarding their participation in this lawsuit. In nearly all of these conversations, CITR members have expressed concern that the government will retaliate against them for their participation in this lawsuit. These fears take two forms.

4.      First, CITR's noncitizen members fear that Defendants will retaliate against them for their participation in this lawsuit by arresting, detaining, or deporting them, denying them reentry into the United States, revoking their visas, revoking or adversely adjusting their lawful status, or denying their pending or future immigration applications—or by carrying out any of these actions against their noncitizen family members. Because of the fear that they or their family members would be targeted for any of these actions based on their connection to this lawsuit, some U.S.-based, noncitizen CITR members informed me that they were unwilling to be described, even pseudonymously, in the lawsuit, and others informed me that they were willing to be described only pseudonymously.

5.      Second, CITR's U.S. citizen members fear that Defendants will retaliate against them for their participation in this lawsuit, either by taking the actions described above against their noncitizen family members and colleagues, or by using the regulatory powers of the federal government against them in a pretextual manner.

6.      Separately, CITR leaders have informed me that, while they believe it was necessary to file this lawsuit to protect their members, both they and their fiscal sponsor fear that the government will retaliate against them for their participation in this lawsuit by initiating pretextual investigations or taking other adverse administrative actions.

7.      Several of the CITR members I have spoken with, as well as CITR leaders, have indicated that an order barring these forms of retaliation and restricting Defendants' use of information disclosed in the course of litigation would mitigate their fears of retaliation.

8.      I relay these discussions at a high level of generality because some CITR members have expressed to me their concern that merely being identified in connection with this lawsuit could subject them or their family members to government retaliation.

9.      Pursuant to Local Civil Rule 7(m), I attempted to confer with Defendants' counsel regarding this motion, including by contacting attorneys within the U.S. Attorney's Office for the District of Columbia and the U.S. Department of Justice Civil Division's Federal Programs Branch and Office of Immigration Litigation, but I was informed that an attorney has not yet been assigned to this matter.

10.     In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.


March 26, 2026                                        Respectfully submitted,


                                                     /s/ *Carrie DeCell*
                                                     Carrie DeCell

                                                     *Counsel for Plaintiff*