**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

      Plaintiff,

  v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; and PAMELA BONDI, in her
official capacity as Attorney General of the
United States,

      Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**HEARING REQUESTED**

**PLAINTIFF'S MOTION FOR SECTION 705 STAY AND**
**PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1,

Plaintiff Coalition for Independent Technology Research ("CITR") respectfully moves the Court

to stay the Censorship Policy under the Administrative Procedure Act, 5 U.S.C. § 705, and

preliminarily enjoin Defendants from enforcing it. The Censorship Policy refers to Defendants'

policy of excluding and deporting noncitizens based on their work addressing misinformation and

disinformation or involving fact-checking, content moderation, trust and safety, or compliance.

The accompanying memorandum of law, along with its supporting declarations and exhibits, sets

forth the grounds for this motion. A proposed order is attached hereto.

Pursuant to Local Civil Rule 7(m), Plaintiff's counsel attempted to confer with

Defendants' counsel regarding this motion, including by contacting attorneys within the U.S.

Attorney's Office for the District of Columbia and the U.S. Department of Justice Civil Division's

Federal Programs Branch and Office of Immigration Litigation, but were informed that an attorney has not yet been assigned to this matter.

Plaintiff respectfully requests that the Court schedule a hearing on this motion at its earliest convenience.

March 26, 2026

Respectfully submitted,

/s/ *Naomi Gilens*

Naomi Gilens (D.C. Bar No. 90037831)*
Nicole Schneidman**
Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite 163
Washington, DC 20006
(202) 579-4582
naomi.gilens@protectdemocracy.org

/s/ *Carrie DeCell*

Carrie DeCell (D.C. Bar No. 1015491)
Raya Koreh*
Kiran Wattamwar**
Anna Diakun**
Katie Fallow**
Alex Abdo**
Jameel Jaffer (D.C. Bar No. MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*

* Application for admission to
D.D.C. pending.

** Motion for admission *pro hac
vice* forthcoming.

2

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on March 26, 2026, I electronically filed the foregoing in the U.S. District Court for the District of Columbia using the CM/ECF system. Since opposing counsel has not yet registered their appearance on CM/ECF, I also served paper copies via FedEx to Defendants at the addresses below:

Pamela Bondi, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Marco Rubio, in his official capacity as Secretary of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington, DC 20522

U.S. Attorney's Office for District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

/s/ *Carrie DeCell*
Carrie DeCell

3