Case No. 1:26-cv-815 (JEB)

# EXHIBIT 4

**ˈTRUTH.** Help Center

≡

Home  ›  Moderation  ›  Moderation Faq

# The Moderation FAQ

Answers to questions you may have about the process

## 1. How do I report a post?

To report a post, follow these steps: _Step 1: _Open the post and tap the three-dotted icon at the bottom-right. _Step 2: _Select "Report Truth". _Step 3: _Choose a reason and add a comment if desired. _Step 4: _Submit the report.

## 2. How do I report a user?

It is vitally important to make sure that you Report Message so that our moderators are able to see the details of the chat thread you are reporting. If the message itself is not reported, our team is unable to view the content in order to ensure compliance with our Terms of Service.

*Step 1:* Navigate to the bottom right of your Home Feed and click the Messages tab. *Step 2:* Choose the chat for which you want to report a message. If you are on Android or the web, it will say Report User. *Step 3:* After locating the message you feel should be reported, press down on the message/click the ellipses [ . . . ] until the prompt appears. *Step 4:* Choose Report while inside the chat. You will be asked to provide a reason for reporting, and you will be allowed to include additional comments.

## 3. Do you suppress viewpoints simply for contradicting the prevailing narrative or the views of President Trump on topics of public interest?

No. TRUTH Social seeks to create a free speech haven in the social media sphere and encourages your unencumbered free expression.

## 4. Why do you moderate content?

We cherish free expression. TRUTH Social must prevent illegal and other prohibited content from contaminating our platform. We maintain and apply our Terms of Service accordingly.

## 5. Why don't I see my post?

We use artificial intelligence (AI) to assist our hardworking moderators, and some posts are flagged for deletion or marked "sensitive" by AI. Human moderators oversee this process, conduct multi-level reviews, and are empowered to reinstate posts that comply with our Terms of Service.

## 6. Why did you delete my post or mark it as sensitive?

While the AI we use is very good, it is not error-proof. Assisted by technology, our moderators use their best judgment to ensure compliance with our Terms of Service. We are constantly refining and improving this process—including by identifying and correcting mistakes.

## 7. What does it mean when I receive an email stating that "my status has been removed?"

This means your post has been deleted, usually after being flagged by AI (see above.)

## 8. What is the specific reason my post was removed?

We haven't built that functionality out yet. Rest assured, it's in the works!

## 9. Is my account automatically penalized if my post is deleted or marked as sensitive?

No.

## 10. Why did you suspend me?

While we hope to rarely suspend an account, we do suspend accounts for violating our Terms of Service. If your account is suspended, you will receive a notification email from our support team.

## 11. Could you please suspend a user I dislike?

Generally not, provided the users' posts comply with our Terms of Service. You can mute or block users whose content you'd prefer not to see.

## 12. How can I appeal a suspension?

If you feel our decision to suspend you was unjust, immoral, or downright wrong, you are encouraged to appeal. Please send an email to contact@truthsupport.com. In the subject line, please write **"@Appeal"** along with your **username**. Our team will take a close look and reverse or uphold the suspension.

## 13. How long do suspensions last?

Your first suspension is for 48 hours, and the length of each successive suspension increases from there.

## 14. What does it mean if I receive an email letting me know that I'm banned?

Indefinite bans are a rare and severe sanction, and are generally reserved for the most egregious violations of our Terms of Service. Examples include threatening violence, posting pornography, or infringing on intellectual property rights. Users may also receive a ban following repeated account suspensions.

📞 Contact Support     Brand & Press     System Status     ©2026 Truth Social