Case No. 1:26-cv-815 (JEB)

# EXHIBIT 5

**TRUTH.** Help Center

Home  >  Legal  >  Terms Of Service

# Truth Social Terms of Service

**Welcome to the TRUTH SOCIAL family of products, including an online platform owned and operated by T MEDIA TECH LLC, which is available on** www.truthsocial.com, **as well as our related mobile application platform under Truth Social and our Truth+ app (collectively, the "Apps"). The Site and Apps have been created for your entertainment as well as educational and personal use.**

**PLEASE READ SECTIONS 22 AND 23 BELOW CAREFULLY AS THEY CONTAIN A BINDING ARBITRATION AGREEMENT AND A CLASS ACTION WAIVER, WHICH MAY AFFECT YOUR LEGAL RIGHTS.**

## 1. AGREEMENT TO TERMS

These Terms of Service constitute a legally binding agreement made between you, whether personally or on behalf of an entity ("you") and Truth Social ("we," "us" or "our"), concerning your access to and use of the Site and Apps as well as any other media form, media channel, mobile website, mobile application, or streaming service that is related, linked, or otherwise connected thereto (collectively, the "Service").

You agree that by accessing the Service, you have read, understood, and agree to be bound by all of these Terms of Service. If you do not agree with all of these

Terms of Service, then you are expressly prohibited from using the Service and you must discontinue use immediately.

Supplemental Terms of Service or documents that may be posted on the Site or the Apps from time to time are hereby expressly incorporated herein by reference. We reserve the right, in our sole discretion, to make changes or modifications to these Terms of Service at any time and for any reason.

We will alert you about any changes by updating the "Last updated" date of these Terms of Service, and you waive any right to receive specific notice of each such change except herein or on the Site or Apps.

It is your responsibility to periodically review these Terms of Service to stay informed of updates. You will be subject to and will be deemed to have been made aware of and to have accepted, the changes in any revised Terms of Service by your continued use of the Site and the Apps after the date such revised Terms of Service are posted.

The information provided on the Site and the Apps are not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject us to any registration requirement within such jurisdiction or country.

Accordingly, those persons who choose to access the Service from other locations do so on their own initiative and are solely responsible for compliance with local laws, if and to the extent local laws are applicable.

The Service is intended for users who are at least 18 years of age. All users who are minors in the jurisdiction in which they reside (generally under the age of 18) must have the permission of, and be directly supervised by, their parent or guardian to use the Service. If you are a minor, you must have your parent or guardian read and agree to these Terms of Service prior to you using the Service.

## 2. INTELLECTUAL PROPERTY RIGHTS

TRUTH Social is the "Big Tent" of social networking. TRUTH Social's codebase is free and open sourced, derived from the Mastodon project and licensed under the GNU Affero General Public License v. 3.0 (the "AGPLV3"). For more information, please see Legal Docs.

Unless otherwise indicated, the functionality, website designs, images, audio, video, text, photographs, graphics, and other content or material made available through the Service (collectively, the "Content") and the trademarks, service marks, and logos contained therein (the "Marks") are owned or controlled by us or licensed to us, and are protected by copyright and trademark laws and various other intellectual property rights and unfair competition laws of the United States, foreign jurisdictions, and international conventions.

The Content and the Marks are provided on the Site and the Apps "AS IS" for your information and personal use only. Except as expressly provided in these Terms of Service, no part of the Site or the Apps and no Content or Marks may be copied, reproduced, aggregated, republished, uploaded, posted, publicly displayed, encoded, translated, transmitted, distributed, sold, licensed, or otherwise exploited for any commercial purpose whatsoever, without our express prior written permission.

Provided that you are eligible to use the Service, you are granted a limited license to access and use the Service and to download or print a copy of any portion of the Content to which you have properly gained access (other than any video or other content made available through the Truth+ App, which may not be downloaded, reproduced, modified, redisplayed, retransmitted, or performed in any manner) solely for your personal, non-commercial use. We reserve all rights not expressly granted to you in and to the Service, the Site, the Apps, the Content and the Marks.

## 3. PRIVACY POLICY

We care about data privacy and security. We have developed a Privacy Policy in order to inform you of its practices with respect to the collection, use, disclosure and protection of your information. Please review our Privacy Policy at

https://help.truthsocial.com/legal/privacy-policy, which posted on the Site. You can also find it posted on the Apps. By using the Service, you agree to be bound by our Privacy Policy, which is incorporated into these Terms of Service. Please be advised the Site and the Apps are hosted in the United States.

If you access the Service from the European Union, Asia, or any other region of the world with laws or other requirements governing personal data collection, use, or disclosure that differ from applicable laws in the United States, then through your continued use of the Service, if applicable, you are transferring your data to the United States, and you expressly consent to have your data transferred to and processed in the United States. Please review our Data Privacy Policy (GDPR) as to data collection and processing for all users, including those outside the United States.

Further, we do not knowingly accept, request, target or solicit information from children or knowingly market to children. Therefore, in accordance with the U.S. Children's Online Privacy Protection Act, if we receive actual knowledge that anyone under the age of 18 has provided personal information to us without the requisite and verifiable parental consent, we will delete that information from the Site as quickly as is reasonably practical. To contact us: Please email us at legal@tmediatech.com and provide the username and other details as to any underage information.

## 4. USER REPRESENTATIONS

By using the Service, you represent and warrant that:

(1) all registration information you submit will be true, accurate, current, and complete;

(2) you will maintain the accuracy of such information and promptly update such registration information as necessary;

(3) you have the legal capacity and you agree to comply with these Terms of Service;

(4) you are not under the age of 18. The Service is intended for users who are at least 18 years of age. All users who are minors in the jurisdiction in which they reside (generally under the age of 18) must have the permission of, and be directly supervised by, their parent or guardian to use the Service. If you are a minor, you must have your parent or guardian read and agree to these Terms of Service prior to you using the Service;

(5) not a minor in the jurisdiction in which you reside, or if a minor, you have received parental permission to use the Site, if applicable;

(6) you will not access the Service through automated or non-human means, whether through a bot, script, or otherwise;

(7) you will not use the Service for any illegal or unauthorized purpose;

(8) your use of the Service will not violate any applicable law or regulation.

If you provide any information that is untrue, inaccurate, not current, or incomplete, we have the right to suspend or terminate your account and refuse any and all current or future use of the Service (or any portion thereof).

## 5. USER REGISTRATION

You may be required to register for the Service, by providing your name, date of birth, and email address as well as to create a username and password to set up your profile and your account. You agree to keep your password confidential, if applicable, and will be responsible for all use of your account and password. We reserve the right to remove, reclaim, or change a username you select if we determine, in our sole discretion, (a) that such username is inappropriate, obscene, or otherwise objectionable; (b) that such username is dormant, inactive or unused for an extended period of time; or (c) that such username is being used for user impersonation or username squatting which is a violation hereunder.

## 6. COMMUNICATION PREFERENCES AND CONSENT.

From time to time we may send you communications to the email address associated with your account or used to register for the Service. These communications may include, but are not limited to, information, new products and recommendations, special offers, and other account-related or transactional messages. These communications will also include consent request, opt-in and opt-out instructions. Also, when you register for the Service, you may receive SMS or text messages and communications from or related to this Service.

## 7. PROHIBITED ACTIVITIES

You may not access or use the Service for any purpose other than that for which we make the Service available.

As a user of the Service, you agree not to:

1. systematically retrieve data or other content from the Service to create or compile, directly or indirectly, a collection, compilation, database, or directory without written permission from us.

2. make any unauthorized use of the Service, including collecting usernames and/or email addresses of users by electronic or other means for the purpose of sending unsolicited email, or creating user accounts by automated means or under false pretenses.

3. use a buying agent, purchasing agent or other agent to make purchases or to upload content on the Site or the Apps.

4. use the Service to advertise or offer to sell goods and services in a manner that degrades the user experience, e.g., via off-topic replies to other users' Contributions, or that appears to be inconsistent with any applicable law, regulation, or professional standard.

5. circumvent, disable, or otherwise interfere with security-related features of the Service, including features that prevent or restrict the use or copying of any Content or enforce limitations on the use of the Service and/or the Content contained therein.

6.  engage in unauthorized framing of or linking to the Service.

7.  trick, defraud, or mislead us and other users, especially in any attempt to learn sensitive account information such as user passwords.

8.  make improper use of our support services or submit false reports of abuse or misconduct.

9.  engage in any automated use of the system, such as using scripts to send comments or messages, or using any data mining, robots, or similar data gathering and extraction tools.

10. interfere with, disrupt, or create an undue burden on the Service or the networks or other services connected to the Site or the Apps.

11. attempt to impersonate another user or person or use the username of another user of the Service.

12. sell or otherwise transfer your profile or account.

13. use any information obtained from the Service in order to harass, abuse, or harm another person.

14. use the Service as part of any effort to compete with us or otherwise use the Service and/or the Content for any revenue-generating endeavor or commercial enterprise.

15. decipher, decompile, disassemble, or reverse engineer any of the software comprising or in any way making up a part of the Service.

16. attempt to bypass any measures of the Service designed to prevent or restrict access to the Service, or any portion of the Service.

17. harass, , intimidate, or threaten any of our employees or agents engaged in providing any portion of the Service to you.

18. delete the copyright or other proprietary rights notice from any Content.

19. copy or adapt the Service's software, including but not limited to Flash, PHP, HTML, JavaScript, or other code.

20. upload or transmit (or attempt to upload or to transmit) viruses, Trojan horses, or other material, that interferes with any party's uninterrupted use and enjoyment of the Service or modifies, impairs, disrupts, alters, or interferes with the use, features, functions, operation, or maintenance of the Service.

21. upload or transmit (or attempt to upload or to transmit) any material that acts as a passive or active information collection or transmission mechanism, including without limitation, clear graphics interchange formats ("gifs"), 1×1 pixels, web bugs, cookies, or other similar devices (sometimes referred to as "spyware" or "passive collection mechanisms" or "pcms").

22. except as may be the result of standard search engine or Internet browser usage, use, launch, develop, or distribute any automated system, including without limitation, any spider, robot, cheat utility, scraper, or offline reader that accesses the Site, or using or launching any unauthorized script or other software.

23. infringe upon any copyright materials owned or controlled by others.

24. use the Service in a manner inconsistent with any applicable laws or regulations.

25. attempts to sell, buy, or solicit other forms of payment in exchange for usernames on the Site or Apps.

26. Post offensive or sexual content on the Site or Apps, including but not limited to:

a. Sexual content or language;

b. Content that includes sexual activity, sexual intercourse or any type of sexual act;

c. Any content that portrays or suggest explicit sexual acts or sexually suggestive positions or poses;

d. Sexually suggestive (explicit or vague) statements, texts or phrases; or

e. Content in which sexual acts are requested or offered, including pornography, prostitution, sugar babies, sex trafficking or sexual fetishes.

# 8. USER GENERATED CONTRIBUTIONS

The Service may invite you to post comments, post opinions, chat, contribute to, or participate in chats or blogs, message boards, online forums, and other functionality, and may provide you with the opportunity to create, submit, post, display, transmit, perform, publish, distribute, or broadcast content and materials to us or on the Service, including but not limited to text, writings, video, audio, photographs, graphics, comments, suggestions, or personal information or other material (collectively, "Contributions").

Contributions may be viewable by other users of the Site or the Apps and through third-party websites. As such, any Contributions you transmit may be treated as non-confidential and non-proprietary. When you create or make available any Contributions, you thereby represent and warrant that:

1. the creation, distribution, transmission, public display, or performance, and the accessing, downloading, or copying of your Contributions do not and will not infringe the proprietary rights, including but not limited to the copyright, patent, trademark, trade secret, or moral rights of any third party.

2. you are the creator and owner of or have the necessary licenses, rights, consents, releases, and permissions to use and to authorize us, the Service, and other users of the Service to use your Contributions in any manner contemplated by the Service and these Terms of Service.

3. you have the written consent, release, and/or permission of each and every identifiable individual person in your Contributions to use the name or likeness of each and every such identifiable individual person to enable inclusion and

use of your Contributions in any manner contemplated by the Service and these Terms of Service.

4.  your Contributions are not false, inaccurate, or misleading.

5.  your Contributions are not unsolicited or unauthorized advertising, promotional materials, pyramid schemes, chain letters, spam, mass mailings, or other forms of solicitation.

6.  your Contributions are not obscene, lewd, lascivious, filthy, violent, harassing, libelous, slanderous, or otherwise objectionable.

7.  your Contributions do not depict violence, threats of violence or criminal activity.

8.  your Contributions do not advocate or incite, encourage, or threaten physical harm against another.

9.  your Contributions do not violate any applicable law, regulation, or rule.

10. your Contributions do not violate the privacy or publicity rights of any third party.

11. your Contributions do not contain any material that solicits personal information from anyone under the age of 18 or exploits people under the age of 18 in a sexual or violent manner.

12. your Contributions do not violate any federal or state law concerning child pornography, or otherwise intended to protect the health or well-being of minors;

13. your Contributions do not otherwise violate, or link to material that violates, any provision of these Terms of Service, or any applicable laws, rules or regulations.

Any use of the Service in violation of the foregoing violates these Terms of Service and may result in, among other things, termination or suspension of your rights to

use the Service and removal or deletion of your Contributions.

# 9. CONTRIBUTION LICENSE

By posting your Contributions to any part of the Service or making Contributions accessible to the Service by linking your account from the Service to any of your social networking accounts, you automatically grant, and you represent and warrant that you have the right to grant, to us an unrestricted, unlimited, irrevocable, perpetual, non-exclusive, transferable, royalty-free, fully-paid, worldwide right, and license to host, use, copy, reproduce, disclose, sell, resell, publish, broadcast, retitle, archive, store, cache, publicly perform, publicly display, reformat, translate, transmit, excerpt (in whole or in part), and distribute such Contributions (including, without limitation, your image and voice) for any purpose, commercial, advertising, or otherwise, and to prepare derivative works of, or incorporate into other works, such Contributions, and grant and authorize sublicenses of the foregoing. The use and distribution may occur in any media formats and through any media channels.

This license will apply to any form, media, or technology now known or hereafter developed, and includes our use of your name, company name, and franchise name, as applicable, and any of the trademarks, service marks, trade names, logos, and personal and commercial images you provide.

We do not assert any ownership over your Contributions. You retain full ownership of all of your Contributions and any intellectual property rights or other proprietary rights associated with your Contributions. We are not liable for any statements or representations in your Contributions provided by you in any area on the Service.

You are solely responsible for your Contributions to the Service and you expressly agree to exonerate us from any and all responsibility and to refrain from any legal action against us regarding your Contributions. We do not support, endorse or guarantee the accuracy, truthfulness or reliability of any content or Contributions.

We have the right, in our sole and absolute discretion, (1) to edit, redact, or otherwise change any Contributions; (2) to re-categorize any Contributions to place them in more appropriate locations on the Site; and (3) to pre-screen or

delete any Contributions at any time and for any reason, without notice. We have no obligation to monitor your Contributions.

## 10. GUIDELINES FOR REVIEWS/RATINGS OR COMMENTS

We may provide you areas on the Service to leave reviews and ratings, post comments or replies or to otherwise communicate with other users of the Service ("Interactive Content"). When posting an Interactive Content, please use care and caution when posting or providing Interactive Content to other users. Additionally, you must comply with the following criteria:

(1) you should have firsthand experience with the person/entity being reviewed or Interactive Content being posted;

(2) your Interactive Content should not contain profanity, or abusive or racist, language;

(3) your Interactive Content should not contain discriminatory references based on religion, race, gender, national origin, age, marital status, sexual orientation, or disability;

(4) your Interactive Content should not contain references to any illegal activity;

(5) you should not be affiliated with competitors if posting negative reviews or negative Interactive Content;

(6) you should not make any conclusions as to the legality of conduct in your Interactive Content;

(7) you may not post any false, unlawful, threatening, defamatory, harassing or misleading statements;

(8) you may not post any indecent, , pornographic, profane, or other unlawful statements;

(9) you may not organize a campaign encouraging others to post Interactive Content or reviews, whether positive or negative.

We may accept, reject, or remove Interactive Content in our sole discretion. We have absolutely no obligation to screen Interactive Content or to delete Interactive, even if anyone considers reviews objectionable or inaccurate. Interactive Content is not endorsed or supported by us, and do not necessarily represent our opinions or the views of any of our affiliates or partners.

We do not assume liability for any Interactive Content or for any claims, liabilities, or losses resulting from any Interactive Content. By posting Interactive Content, you hereby grant to us a perpetual, non-exclusive, worldwide, royalty-free, fully-paid, assignable, and sublicensable right and license to reproduce, modify, translate, transmit by any means, display, perform, and/or distribute all content relating to Interactive Content.

## 11. MOBILE APPLICATION LICENSE

# Use License

If you are using an App, then we grant you a revocable, non-exclusive, non-transferable, limited right to install and use the App on wire or wireless electronic devices owned or controlled by you, and to access and use the App on such devices strictly in accordance with the Terms of Service of the Applicense contained in these Terms of Service.

You shall not:

(1) decompile, reverse engineer, disassemble, attempt to derive the source code of, or decrypt the App;

(2) violate any applicable laws, rules, or regulations in connection with your access or use of the App;

(3) remove, alter, or obscure any proprietary notice (including any notice of copyright or trademark) posted by us or any licensors;

(4) use the App for any revenue generating endeavor, commercial enterprise, or other purpose for which it is not designed or intended;

(5) make the App available over a network or other environment permitting access or use by multiple devices or users at the same time;

(6) use the App for creating a product, service, or software that is, directly or indirectly, competitive with or in any way a substitute for the application;

(7) use the App to send automated queries to any website or to send any unsolicited commercial e-mail;

(9) use any proprietary information or any other intellectual property in the design, development, manufacture, licensing, or distribution of any applications, accessories, or devices for use with the App, without appropriate consent or license.

## Apple and Android Devices

The following terms apply with respect to an App obtained from either the Apple Store or Google Play, if applicable, (each an "App Distributor"):

(1) the license granted to you for the App is limited to a non-transferable license to use the App on a device that utilizes the Apple iOS or Android operating systems, as applicable, and in accordance with the usage rules set forth in the applicable App Distributor's Terms of Service;

(2) we are responsible for providing any maintenance and support services with respect to the App as specified in these Terms of Service or as otherwise required under applicable law, and you acknowledge that each App Distributor has no obligation whatsoever to furnish any maintenance and support services with respect to the App;

(3) in the event of any failure of the App to conform to any applicable warranty, you may notify the applicable App Distributor, and the App Distributor, in accordance with its terms and policies, may refund the purchase price, if any, paid for the App, and to the maximum extent permitted by applicable law, the App Distributor will have no other warranty obligation whatsoever with respect to the App;

(4) you represent and warrant that (i) you are not located in a country that is subject to a U.S. government embargo, or that has been designated by the U.S. government as a "terrorist supporting" country and (ii) you are not listed on any U.S. government list of prohibited or restricted parties;

(5) you must comply with applicable third-party terms of agreement when using the App, e.g., if you have a VoIP application, then you must not be in violation of their wireless data service agreement when using the App;

6) you acknowledge and agree that the App Distributors are third-party beneficiaries of these Terms of Service, and that each App Distributor will have the right (and will be deemed to have accepted the right) to enforce these Terms of Service against you as a third-party beneficiary thereof.

## 12. SOCIAL MEDIA

As part of the functionality of the Service, you may link your account with online accounts you have with third-party service providers (each such account, a "Third-Party Account") by either: (1) providing your Third-Party Account login information through the Service; or (2) allowing us to access your Third-Party Account, as is permitted under the applicable Terms of Service that govern your use of each Third-Party Account.

You represent and warrant that you are entitled to disclose your Third-Party Account login information to us and/or grant us access to your Third-Party Account, without breach by you of any of the Terms of Service that govern your use of the applicable Third-Party Account, and without obligating us to pay any fees or making us subject to any usage limitations imposed by the third-party service provider of the Third-Party Account.

By granting us access to any Third-Party Accounts, you understand that (1) we may access, make available, and store (if applicable) any content that you have provided to and stored in your Third-Party Account (the "Social Network Content") so that it is available on and through the Service via your account, including without limitation any friend lists and (2) we may submit to and receive from your

Third-Party Account additional information to the extent you are notified when you link your account with the Third-Party Account.

Depending on the Third-Party Accounts you choose and subject to the privacy settings that you have set in such Third-Party Accounts, personally identifiable information that you post to your Third-Party Accounts may be available on and through your account on the Service.

Please note that if a Third-Party Account or associated service becomes unavailable or our access to such Third-Party Account is terminated by the third-party service provider, then Social Network Content may no longer be available on and through the Service. You will have the ability to disable the connection between your account on the Service and your Third-Party Accounts at any time.

PLEASE NOTE THAT YOUR RELATIONSHIP WITH THE THIRD-PARTY SERVICE PROVIDERS ASSOCIATED WITH YOUR THIRD-PARTY ACCOUNTS IS GOVERNED SOLELY BY YOUR AGREEMENT(S) WITH SUCH THIRD-PARTY SERVICE PROVIDERS.

We make no effort to review any Social Network Content for any purpose, including but not limited to, for accuracy, legality, or non-infringement, and we are not responsible for any Social Network Content.

You acknowledge and agree that we may access your email address book associated with a Third-Party Account and your contacts list stored on your mobile device or tablet computer solely for purposes of identifying and informing you of those contacts who have also registered to use the Service.

You can deactivate the connection between the Service and your Third-Party Account by contacting us using the contact information below or through your account settings (if applicable). We will delete any information stored on our servers that was obtained through such Third-Party Account, except the username and profile picture that become associated with your account.

# 13. SUBMISSIONS

You acknowledge and agree that any questions, comments, suggestions, ideas, feedback, or other information regarding the Service provided by you to us ("Submissions") are non-confidential and shall become our sole property. We shall own exclusive rights, including all intellectual property rights, and shall be entitled to the unrestricted use and dissemination of these Submissions for any lawful purpose, commercial or otherwise, without acknowledgment or compensation to you.

You hereby waive all moral rights to any such Submissions, and you hereby warrant that any such Submissions are original with you or that you have the right to submit such Submissions. You agree there shall be no recourse against us for any alleged or actual infringement or misappropriation of any proprietary right in your Submissions.

## 14. THIRD-PARTY WEBSITES AND CONTENT

The Service may contain (or you may be sent via the Service) links to other websites ("Third-Party Websites") as well as articles, photographs, text, graphics, pictures, designs, music, sound, video, information, applications, software, and other content or items belonging to or originating from third parties ("Third-Party Content").

Such Third-Party Websites and Third-Party Content are not investigated, monitored, or checked for accuracy, appropriateness, or completeness by us, and we are not responsible for any Third-Party Websites accessed through the Service or any Third-Party Content posted on, available through, or installed from the Service, including the content, accuracy, offensiveness, opinions, reliability, privacy practices, or other policies of or contained in the Third-Party Websites or the Third-Party Content.

Inclusion of, linking to, or permitting the use or installation of any Third-Party Websites or any Third-Party Content does not imply approval or endorsement thereof by us. If you decide to leave the Service and access the Third-Party Websites or to use or install any Third-Party Content, you do so at your own risk, and you should be aware these Terms of Service no longer govern.

You should review the applicable terms and policies, including privacy and data gathering practices, of any website to which you navigate from the Service or relating to any applications you use or install from the Service. Any purchases you make through Third-Party Websites will be through other websites and from other companies, and we take no responsibility whatsoever in relation to such purchases which are exclusively between you and the applicable third party.

You agree and acknowledge that we do not endorse the products or services offered on Third-Party Websites and you shall hold us harmless from any harm caused by your purchase of such products or services. Additionally, you shall hold us harmless from any losses sustained by you or harm caused to you relating to or resulting in any way from any Third-Party Content or any contact with Third-Party Websites.

## 15. ADVERTISERS

From time to time, we may allow advertisers to display their advertisements and other information in certain areas of the Service, such as sidebar advertisements or banner advertisements. If you are an advertiser, you shall take full responsibility for any advertisements you place on the Service and any services provided on the Service or products sold through those advertisements.

Further, as an advertiser, you warrant and represent that you possess all rights and authority to place advertisements on the Service, including, but not limited to, intellectual property rights, publicity rights, and contractual rights.

As an advertiser, you agree that such advertisements are subject to our Digital Millennium Copyright Act ("DMCA") Notice and Policy provisions as described below, and you understand and agree there will be no refund or other compensation for DMCA takedown-related issues. We simply provide the space to place such advertisements, and we have no other relationship with advertisers.

## 16. MONITORING AND RESTRICTIONS

We reserve the right, but not the obligation, to:

(1) monitor the Service for violations of these Terms of Service;

(2) take appropriate legal action against anyone who, in our sole discretion, violates the law or these Terms of Service, including without limitation, reporting such user to law enforcement authorities;

(3) in our sole discretion and without limitation, refuse, restrict access to, limit the availability of, or disable (to the extent technologically feasible) any of your Contributions or any portion thereof;

(4) in our sole discretion and without limitation, notice, or liability, to remove from the Service or otherwise disable all files and content that are excessive in size or are in any way burdensome to our systems;

(5) otherwise manage the Service in a manner designed to protect our rights and property and to facilitate the proper functioning of the Service.

## 17. DIGITAL MILLENNIUM COPYRIGHT ACT (DMCA) NOTICE AND POLICY

# A. Notifications

We respect the intellectual property rights of others. If you believe that any material available on or through the Service infringes upon any copyright you own or control, please immediately notify our Designated Copyright Agent using the contact information provided below (a "Notification").

A copy of your Notification may be sent to the person who posted or stored the material addressed in the Notification. Please be advised that pursuant to federal law you may be held liable for damages if you make material misrepresentations in a Notification. Thus, if you are not sure that material located on or linked to by the Service infringes your copyright, you should consider first contacting an attorney.

All Notifications should meet the requirements of DMCA 17 U.S.C. § 512(c)(3) and include the following information:

(1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

(2) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works on the Service are covered by the Notification, a representative list of such works on the Service;

(3) identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

(4) information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an email address at which the complaining party may be contacted;

(5) a statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law;

(6) a statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed upon.

Attn: Copyright Agent

Email: legal@tmediatech.com

# B. Counter Notification

If you believe your own copyrighted material has been removed from the Site as a result of a mistake or misidentification, you may submit a written counter notification to [us/our Designated Copyright Agent] using the contact information provided below (a "Counter Notification").

To be an effective Counter Notification under the DMCA, your Counter Notification must include substantially the following:

(1) identification of the material that has been removed or disabled and the location at which the material appeared before it was removed or disabled;

(2) a statement that you consent to the jurisdiction of the Federal District Court in which your address is located, or if your address is outside the United States, for any judicial district in which we are located;

(3) a statement that you will accept service of process from the party that filed the Notification or the party's agent;

(4) your name, address, and telephone number;

(5) a statement under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled;

(6) your physical or electronic signature.

If you send us a valid, written Counter Notification meeting the requirements described above, we will restore your removed or disabled material, unless we first receive notice from the party filing the Notification informing us that such party has filed a court action to restrain you from engaging in infringing activity related to the material in question.

Please note that if you materially misrepresent that the disabled or removed content was removed by mistake or misidentification, you may be liable for damages, including costs and attorney's fees. Filing a false Counter Notification constitutes perjury.

Attn: Copyright Agent

Email: **legal@tmediatech.com**

## 18. COPYRIGHT INFRINGEMENTS

We respect the intellectual property rights of others. If you believe that any material available on or through the Service infringes upon any copyright you own

or control, please immediately notify us using the contact information provided below (a "Notification"). A copy of your Notification may be sent to the person who posted or stored the material addressed in the Notification.

Please be advised that pursuant to federal law you may be held liable for damages if you make material misrepresentations in a Notification. Thus, if you are not sure that material located on or linked to by the Service infringes your copyright, you should consider first contacting an attorney.

## 19. TERM AND TERMINATION

These Terms of Service shall remain in full force and effect while you use the Service. **WITHOUT LIMITING ANY OTHER PROVISION OF THESE TERMS OF SERVICE, WE RESERVE THE RIGHT TO, IN OUR SOLE DISCRETION AND WITHOUT NOTICE OR LIABILITY, DENY ACCESS TO AND USE OF THE SERVICE (INCLUDING BLOCKING CERTAIN IP ADDRESSES) AND/OR ANY CONTENT PROVIDED THEREBY, TO ANY PERSON FOR ANY REASON OR FOR NO REASON, INCLUDING WITHOUT LIMITATION FOR BREACH OF ANY REPRESENTATION, WARRANTY, OR COVENANT CONTAINED IN THESE TERMS OF SERVICE OR OF ANY APPLICABLE LAW OR REGULATION. WE MAY TERMINATE YOUR USE OR PARTICIPATION IN THE SERVICE OR DELETE YOUR ACCOUNT AND ANY CONTENT OR INFORMATION THAT YOU POSTED AT ANY TIME, WITHOUT WARNING, IN OUR SOLE DISCRETION.**

If we terminate or suspend your account for any reason, you are prohibited from registering and creating a new account under your name, a fake or borrowed name, or the name of any third party, even if you may be acting on behalf of the third party.

In addition to terminating or suspending your account, we reserve the right to take appropriate legal action, including without limitation pursuing civil, criminal, and injunctive redress.

## 20. MODIFICATIONS AND INTERRUPTIONS

We reserve the right to change, modify, or remove the contents of the Service at any time or for any reason at our sole discretion without notice. However, we have no obligation to update any information on our Service. We also reserve the right to modify or discontinue all or part of the Service without notice at any time.

We will not be liable to you or any third party for any modification, price change, suspension, or discontinuance of the Service or any Content.

We cannot guarantee the Service or any Content will be available at all times. We may experience hardware, software, or other problems or need to perform maintenance related to the Service, resulting in interruptions, delays, or errors.

We reserve the right to change, revise, update, suspend, discontinue, or otherwise modify the Service or any Content at any time or for any reason without notice to you. You agree that we have no liability whatsoever for any loss, damage, or inconvenience caused by your inability to access or use the Site during any downtime or discontinuance of the Service or any Content.

Nothing in these Terms of Service will be construed to obligate us to maintain and support the Service or to supply any corrections, updates, or releases in connection therewith.

## 21. GOVERNING LAW

These Terms of Service and your use of the Service or receipt of Content are governed by and construed in accordance with the laws of the State of Florida applicable to agreements made and to be entirely performed within the State of Florida, without regard to its conflict of law principles.

## 22. DISPUTE RESOLUTION

**ANY DISPUTE, CONTROVERSY OR CLAIM YOU HAVE ARISING OUT OF OR RELATED TO THESE TERMS OF SERVICE, A BREACH THEREOF OR YOUR USE OF THE SERVICE OR RECEIPT OR CONTENT SHALL BE EXCLUSIVELY SUBMITTED AND DECIDED BY BINDING ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"). ANY LEGAL ACTION OF WHATEVER**

NATURE BROUGHT BY US AGAINST YOU MAY BE COMMENCED OR PROSECUTED IN THE STATE AND FEDERAL COURTS LOCATED IN SARASOTA COUNTY, FLORIDA, AND YOU HEREBY CONSENT TO SAME, AND WAIVE ALL DEFENSES OF LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS WITH RESPECT TO VENUE AND JURISDICTION IN SUCH STATE AND FEDERAL COURTS.

## 23. WAIVER OF CLASS ACTION

NOTWITHSTANDING ANYTHING CONTAINED HEREIN, YOU AGREE TO ABSOLUTELY AND UNCONDITIONALLY WAIVE ANY AND ALL RIGHTS TO PARTICIPATE IN OR TO BE INCLUDED IN ANY CLASS ACTION LAWSUITS OR INCLUSION IN ANY MULTI-PARTY ACTIONS OR SUITS AGAINST US, ANY OF OUR AFFILIATES, SPONSORS, SUBSIDIARIES, VENDORS, EMPLOYEES, AGENTS OR ANY OTHER PERSON OR ENTITY ASSOCIATED THEREWITH.

## 24. CORRECTIONS

There may be information on the Service that contains typographical errors, inaccuracies, or omissions that may relate to the Service, including descriptions, pricing, availability, and various other information. We reserve the right to correct any errors, inaccuracies, or omissions and to change or update the information on the Service at any time, without prior notice.

## 25. DISCLAIMER

THE SERVICE AND CONTENT ARE PROVIDED ON AN AS-IS AND AS-AVAILABLE BASIS. YOU AGREE THAT YOUR USE OF THE SERVICE AND ITS CONTENT WILL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICE, THE CONTENT, AND YOUR USE THEREOF, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. WE MAKE NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THE SERVICE'S CONTENT OR THE CONTENT OF ANY WEBSITES LINKED TO THE

SERVICE AND WE WILL ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (1) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT AND MATERIALS, (2) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF THE SERVICE, (3) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (4) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICE, (5) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY, AND/OR (6) ANY ERRORS OR OMISSIONS IN ANY CONTENT AND MATERIALS OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICE. WE DO NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICE, ANY HYPERLINKED WEBSITE, OR ANY WEBSITE OR MOBILE APPLICATION FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND WE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND ANY THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## 26. LIMITATIONS OF LIABILITY

IN NO EVENT WILL WE OR OUR DIRECTORS, EMPLOYEES, OR AGENTS BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, OR PUNITIVE DAMAGES, INCLUDING LOST PROFIT, LOST REVENUE, LOSS OF DATA, OR OTHER DAMAGES ARISING FROM YOUR USE OF THE SERVICE OR CONTENT, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, OUR LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE LESSER OF THE

AMOUNT PAID, IF ANY, BY YOU TO US DURING THE ONE MONTH PERIOD PRIOR TO ANY CAUSE OF ACTION ARISING OR $0.01. CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES.

## 27. INDEMNIFICATION

You agree to defend, indemnify, and hold us harmless, including our subsidiaries, affiliates, and all of our respective officers, agents, partners, and employees, from and against any loss, damage, liability, claim, or demand, including reasonable attorneys' fees and expenses, made by any third party due to or arising out of: (1) your Contributions; (2) use of the Service or Content; (3) breach of these Terms of Service; (4) any breach of your representations and warranties set forth in these Terms of Service; (5) your violation of the rights of a third party, including but not limited to intellectual property rights; or (6) any overt harmful act toward any other user of the Service with whom you connected via the Service.

Notwithstanding the foregoing, we reserve the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us, and you agree to cooperate, at your expense, with our defense of such claims. We will use reasonable efforts to notify you of any such claim, action, or proceeding which is subject to this indemnification upon becoming aware of it.

## 28. USER DATA

We will maintain certain data that you transmit to the Service for the purpose of managing the Service, as well as data relating to your use of the Service. Although we perform regular routine backups of data, you are solely responsible for all data that you transmit or that relates to any activity you have undertaken using the Service.

You agree that we shall have no liability to you for any loss or corruption of any such data, and you hereby waive any right of action against us arising from any such loss or corruption of such data.

# 29. ELECTRONIC COMMUNICATIONS, TRANSACTIONS, AND SIGNATURES

Visiting the Service, creating a Profile or an Account, registering as a User, sending us emails, and completing online forms constitute electronic communications. You consent to receive electronic communications, and you agree that all agreements, notices, disclosures, and other communications we provide to you electronically, via email and on the Service, satisfy any legal requirement that such communication be in writing.

**YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS, AND OTHER RECORDS, AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES, AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED BY US OR VIA THE SERVICE.**

You hereby waive any rights or requirements under any statutes, regulations, rules, ordinances, or other laws in any jurisdiction which require an original signature or delivery or retention of non-electronic records, or to payments or the granting of credits by any means other than electronic means.

# 30. PAID SERVICES

All fees and charges are non-refundable, including for unused portions of cancelled subscriptions. Subscriptions will be charged automatically, at the frequency (monthly or yearly) specified when you subscribe. We reserve the right to change the pricing of all Services at any time. In the event of a price change, we will post the new pricing on the relevant Service and attempt to notify you by sending an email to the address you have registered. We may offer promotional periods to fee-based subscriptions or services for free or at special discounted prices. Unless otherwise stated, these promotional periods will automatically become paying subscriptions at the posted subscription rate if you do not cancel before the end of the trial period.

Applicable federal, state and local taxes will apply to subscriptions (both monthly and annual). We will not be able to notify you of any changes in applicable taxes.

You are responsible for all third-party Internet access charges and taxes in connection with your use of the Services. Please check with your Internet provider for information on possible Internet data usage charges.

## 31. CALIFORNIA USERS AND RESIDENTS

If any complaint with us is not satisfactorily resolved, you can contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 North Market Blvd., Suite N 112, Sacramento, California 95834 or by telephone at (800) 952-5210 or (916) 445-1254.

## 32. MISCELLANEOUS

These Terms of Service and any policies or operating rules posted by us on the Service, including privacy policies, constitute the entire agreement and understanding between you and us. Our failure to exercise or enforce any right or provision of these Terms of Service shall not operate as a waiver of such right or provision.

These Terms of Service operate to the fullest extent permissible by law. We may assign any or all of our rights and obligations to others at any time. We shall not be responsible or liable for any loss, damage, delay, or failure to act caused by any cause beyond our reasonable control.

If any provision or part of a provision of these Terms of Service is determined to be unlawful, void, or unenforceable, that provision or part of the provision is deemed severable from these Terms of Service and does not affect the validity and enforceability of any remaining provisions.

There is no joint venture, partnership, employment or agency relationship created between you and us as a result of these Terms of Service or use of the Service. You agree that these Terms of Service will not be construed against us by virtue of having drafted them.

You hereby waive any and all defenses you may have based on the electronic form of these Terms of Service and the lack of signing by the parties hereto to execute these Terms of Service.

## 33. CONTACT US

In order to resolve a complaint regarding the Service or any Content or to receive further information regarding use of the Service or Content, please contact us at support@truthsocial.com. Users may report "hateful conduct," as defined by New York law, to legal@tmediatech.com.

## 34. SMS Terms and Conditions

Our collection and use of your personal information is also subject to our Privacy Policy. By signing up, you accept and agree to these Mobile Messaging Terms and our Privacy Policy.

1. We may send promotional and transactional mobile messages in various formats ("Program"). Promotional messages advertise, promote, and provide updates on our products and services. Message frequency will vary. You agree that we, and any third-party service providers, may send you messages regarding the foregoing topics or any topic and that such messages may be made or placed using different telephone numbers or short codes. We do not charge for mobile messages sent but you are responsible for any message and data rates imposed by your mobile provider, as standard data and message rates may apply for short message service and multimedia message alerts.

2. User Opt-In: By providing your mobile phone number to us, you are voluntarily opting into the Service and you agree to receive recurring mobile messages from us at the mobile phone number associated with your opt-in, even if such number is registered on any state or federal "Do Not Call" list. You agree that any mobile phone number you provide us is a valid mobile phone number of which you are the owner or authorized user. Your participation in the Service is completely voluntary.

3. User Opt-Out and Support: You may opt-out of receiving messages at any time. If you wish to opt out of and stop receiving mobile messages from us, or

Case 1:26-cv-00815-JEB     Document 11-14     Filed 03/26/26

you no longer agree to these Mobile Messaging Terms, reply STOP, QUIT, CANCEL, OPT-OUT, and/or UNSUBSCRIBE to any mobile message from us. You may receive a one-time opt-out confirmation message. You understand and agree that the foregoing is the only reasonable method of opting out. For support, reply HELP to any mobile message from us. Our mobile messaging platform will only recognize the foregoing commands and you agree that we and our service providers will not be liable for failing to honor requests that do not comply with the requirements in these Mobile Messaging Terms. We may also change the telephone number or short code we use to operate the Program and we will notify you of any such change. You acknowledge that any requests sent to a telephone number or short code that has been changed may not be received by us and we will not be responsible for failing to honor a request sent to a telephone number or short code that has been changed.

4. Disclaimer of Warranty and Liability: Updates provided by mobile messaging is offered on an "as-is" basis and may not be available in all areas, at all times, or on all mobile providers. You agree that neither we nor our service providers will be liable for any failed, delayed, or misdirected delivery of any mobile message or information sent through the Program.

5. Modifications: We may modify or cancel these updates or any of its features at any time, with or without notice. To the extent permitted by applicable law, we may also modify these Mobile Messaging Terms at any time. Any such modification will take effect when it is posted to our website. You agree to review these Mobile Messaging Terms periodically to ensure that you are aware of any modifications. Your continued participation in the Program will constitute your acceptance to these modifications.

📞 Contact Support        Brand & Press        System Status        ©2026 Truth Social