Case No. 1:26-cv-815 (JEB)

# EXHIBIT 6

3/24/26, 3:55 PM
Case 1:26-cv-00815-JEB    Document 11-15    Filed 03/26/26    Page 2 of 6
Fact checkers and others could be denied U.S. visas under new plan : NPR



HOURLY NEWS
LISTEN LIVE



WNYC
On Air Now

MY PLAYLIST



DONATE

TECHNOLOGY

# State Department to deny visas to fact checkers and others, citing 'censorship'

DECEMBER 4, 2025 · 5:22 PM ET

Shannon Bond

The Harry S. Truman Federal Building, headquarters of the U.S. Department of State, in a 2024 file photo.

*Kevin Dietsch/Getty Images*

The State Department is instructing its staff to reject visa applications from people who worked on fact-checking, content moderation or other activities the Trump administration considers "censorship" of Americans' speech.

The directive, sent in an internal memo on Tuesday, is focused on applicants for H-1B visas for highly skilled workers, which are frequently used by tech companies, among other sectors. The memo was first reported by Reuters; NPR also obtained a copy.



**POLITICS**

**A White House order claims to end 'censorship.' What does that mean?**

"If you uncover evidence an applicant was responsible for, or complicit in, censorship or attempted censorship of protected expression in the United States, you should pursue a finding that the applicant is ineligible" for a visa, the memo says. It refers to a policy announced by Secretary of State Marco Rubio in May restricting visas from being issued to "foreign officials and persons who are complicit in censoring Americans."

The Trump administration has been highly critical of tech companies' efforts to police what people are allowed to post on their platforms and of the broader field of trust and safety, the tech industry's term for teams that focus on preventing abuse, fraud, illegal content, and other harmful behavior online.



**UNTANGLING DISINFORMATION**

**Meta says it will end fact-checking as Silicon Valley prepares for Trump**

President Trump was banned from multiple social media platforms in the aftermath of his supporters' attack on the Capitol on Jan. 6, 2021. While those bans have since been lifted, the president and members of his administration frequently cite that experience as evidence for their claims that tech companies unfairly target conservatives — even as many tech leaders have eased their policies in the face of that backlash.



**UNTANGLING DISINFORMATION**

**A major disinformation research team's future is uncertain after political attacks**

Tuesday's memo calls out H-1B visa applicants in particular "as many work in or have worked in the tech sector, including in social media or financial services companies involved in the suppression of protected expression."

It directs consular officers to "thoroughly explore" the work histories of applicants, both new and returning, by reviewing their resumes, LinkedIn profiles, and appearances in media articles for activities including combatting misinformation, disinformation or false narratives, fact-checking, content moderation, compliance, and trust and safety.



**NATIONAL**

**U.S. will review social media for foreign student visa applications**

"I'm alarmed that trust and safety work is being conflated with 'censorship'," said Alice Goguen Hunsberger, who has worked in trust and safety at tech companies including OpenAI and Grindr.

"Trust and safety is a broad practice which includes critical and life-saving work to protect children and stop CSAM [child sexual abuse material], as well as preventing fraud, scams, and sextortion. T&S workers are focused on making the internet a safer and better place, not censoring just for the sake of it," she said. "Bad actors that target Americans come from all over the world and it's so important to have people who understand different languages and cultures on trust and safety teams — having global workers at tech companies in [trust and safety] absolutely keeps Americans safer."

In a statement, a State Department spokesperson who declined to give their name said the department does not comment on "allegedly leaked documents," but added: "the Administration has made clear that it defends Americans' freedom of expression against foreigners who wish to censor them. We do not support aliens coming to the United States to work as censors muzzling Americans."

The statement continued: "In the past, the President himself was the victim of this kind of abuse when social media companies locked his accounts. He does not want other Americans to suffer this way. Allowing foreigners to lead this type of censorship would both insult and injure the American people."

First Amendment experts criticized the memo's guidance as itself a potential violation of free speech rights.

"People who study misinformation and work on content-moderation teams aren't engaged in 'censorship'— they're engaged in activities that the First Amendment was designed to protect. This policy is incoherent and unconstitutional," said Carrie DeCell, senior staff attorney and legislative advisor at the Knight First Amendment Institute at Columbia University, in a statement.

Even as the administration has targeted those it claims are engaged in censoring Americans, it has also tightened its own scrutiny of visa applicants' online speech.

On Wednesday, the State Department announced it would require H-1B visa applicants and their dependents to set their social media profiles to "public" so they can be reviewed by U.S. officials.

*NPR's Bobby Allyn and Michele Kelemen contributed reporting.*

u.s. department of state          online safety          social media

## READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

## CONNECT

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Transcripts**

**Contact & Help**

## ABOUT NPR

## GET INVOLVED

Case 1:26-cv-00815-JEB    Document 11-15    Filed 03/26/26    Page 6 of 6

**Overview**

**Diversity**

**NPR Network**

**Accessibility**

**Ethics**

**Finances**

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Extra**

terms of use

privacy

your privacy choices

text only

© 2026 npr