Case No. 1:26-cv-815 (JEB)

# EXHIBIT 7



Exclusive news, data and analytics for financial market professionals    LSEG

 **Reuters**    World ⌄    Business ⌄    Markets ⌄    Sustainability ⌄        Newsletters 🔍        Sign In        Subscribe - $1/wk

Legal ⌄    More ⌄

# Exclusive: Trump administration orders enhanced vetting for applicants of H-1B visa

By **Humeyra Pamuk**

December 4, 2025 11:53 AM EST · Updated December 4, 2025



[1/2] An information sign for passport and visa appointments is displayed outside the U.S. embassy in London, Britain, May 29, 2025. REUTERS/Hannah McKay Purchase Licensing Rights ⬀



## Summary

U.S. diplomats asked to review H-1B visa applicants' LinkedIn profiles

Washington says H-1B visa applicants, others should not have engaged in "censorship"

H-1B visas are crucial for the tech companies, many of whose leaders supported Trump

WASHINGTON, Dec 3 (Reuters) - The Trump administration on Wednesday announced increased vetting of applicants for H-1B visas for highly skilled workers, with an internal State Department memo saying that anyone involved in "censorship" of free speech be considered for rejection.

H-1B visas, which allow U.S. employers to hire foreign workers in specialty fields, are crucial for U.S. tech companies which recruit heavily from countries including India and China. Many of those companies' leaders threw their support behind Trump in the last presidential election.

The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up here.

Advertisement · Scroll to continue



PAID FOR AND CREATED BY MARUBENI

## A formula for the future

See how Marubeni's winning strategies accelerate growth.

Read more ›

The cable, sent to all U.S. missions on December 2, orders U.S. consular officers to review resumes or LinkedIn profiles of H-1B applicants - and family members who would

be traveling with them - to see if they have worked in areas that include activities such as misinformation, disinformation, content moderation, fact-checking, compliance and online safety, among others.

"If you uncover evidence an applicant was responsible for, or complicit in, censorship or attempted censorship of protected expression in the United States, you should pursue a finding that the applicant is ineligible," under a specific article of the Immigration and Nationality Act, the cable said.

Advertisement · Scroll to continue

Details on the enhanced vetting for H-1B visas, including the focus on censorship and free speech, have not been previously reported.

The cable said all visa applicants were subject to this policy, but sought a heightened review for the H-1B applicants given they frequently worked in the technology sector "including in social media or financial services companies involved in the suppression of protected expression."

"You must thoroughly explore their employment histories to ensure no participation in such activities," the cable said.

The new vetting requirements apply to both new and repeat applicants.

"We do not support aliens coming to the United States to work as censors muzzling Americans," a State Department spokesperson said, but added that it does not comment on "allegedly leaked documents."

00:01                                                                    00:16



"In the past, the President himself was the victim of this kind of abuse when social media companies locked his accounts. He does not want other Americans to suffer this way. Allowing foreigners to lead this type of censorship would both insult and injure the American people," the spokesperson said.

The Trump administration has made free speech, particularly what it sees as the stifling of conservative voices online, a focus of its foreign policy.

Officials have repeatedly weighed in on European politics to denounce what they say is suppression of right-wing politicians, including in Romania, Germany and France, accusing European authorities of censoring views like criticism of immigration in the name of countering disinformation.

In May, Rubio threatened visa bans for people who censor speech by Americans, including on social media, and suggested the policy could target foreign officials regulating U.S. tech companies.

## Sponsored Content

Dianomi  Advertise Here



**How to Freeze Your Credit—and Why It Matters**

Sponsored by Charles Schwab



**Playing the Points Game: 5 Credit Card Mistakes**

Sponsored by Charles Schwab



**Wondering Where to Stash Your Cash? Start Here.**

Sponsored by Charles Schwab

The Trump administration has already significantly tightened its vetting of applicants for student visas, ordering U.S. consular officers to screen for any social media posts that may be hostile towards the United States.

As part of his wide-ranging crackdown on immigration, Trump in September imposed new fees on H-1B visas.

Trump and his Republican allies have repeatedly accused the administration of Democratic former President Joe Biden of encouraging suppression of free speech on online platforms, claims that have centered on efforts to stem false claims about vaccines and elections.

Reporting by Humeyra Pamuk; Editing by Don Durfee and Stephen Coates

Our Standards: **The Thomson Reuters Trust Principles.** ⧉

Suggested Topics:    ( United States )    ( Civil Rights )    ( Immigration )    ( Employment )



Purchase Licensing Rights

**Humeyra Pamuk**
Thomson Reuters



Humeyra Pamuk is a senior foreign policy correspondent based in Washington DC. She covers the U.S. State Department, regularly traveling with U.S. Secretary of State. During her 20 years with Reuters, she has had postings in London, Dubai, Cairo and Turkey, covering everything from the Arab Spring and Syria's civil war to numerous Turkish elections and the Kurdish insurgency in the southeast. In 2017, she won the Knight-Bagehot fellowship program at Columbia University's School of Journalism. She holds a BA in International Relations and an MA on European Union studies.

**Read Next**    ( < )  ( > )