Case No. 1:26-cv-815 (JEB)

# EXHIBIT 9

