Case No. 1:26-cv-815 (JEB)

# EXHIBIT 10

Case 1:26-cv-00815-JEB    Document 11-19    Filed 03/26/26    Page 2 of 3

Announcement of Visa Restrictions on Brazilian Judicial Officials and their Immediate Family Members - United States Department of State                    3/26/26, 11:51 AM

An official website of the United States Government Here's how you know

Newsroom    Business    Employees    Students    Travelers    Passports    Visas

U.S. DEPARTMENT of STATE

COUNTRIES & AREAS ⌄    BUREAUS & OFFICES ⌄    ABOUT ⌄

Home  >  Office of the Spokesperson  >  Press Releases  >  Announcement of Visa Restrictions on Brazilian Judicial Officials and their Immediate Family Members

★ ★ ★

# Announcement of Visa Restrictions on Brazilian Judicial Officials and their Immediate Family Members

**PRESS STATEMENT**

**MARCO RUBIO, SECRETARY OF STATE**

JULY 18, 2025

President Trump made clear that his administration will hold accountable foreign nationals who are responsible for censorship of protected expression in the United States. Brazilian Supreme Federal Court Justice Alexandre de Moraes's political witch hunt against Jair Bolsonaro created a persecution and censorship complex so sweeping that it not only violates basic rights of Brazilians, but also extends beyond Brazil's shores to target Americans.  I have therefore ordered visa revocations for Moraes and his allies on the court, as well as

Announcement of Visa Restrictions on Brazilian Judicial Officials and their Immediate Family Members - United States Department of State    3/26/26, 11:51 AM

Case 1:26-cv-00815-JEB    Document 11-19    Filed 03/26/26    Page 3 of 3

their immediate family members effective immediately.

*This visa restriction policy is pursuant to Section 212(a)(3)(C) of the Immigration and Nationality Act, which authorizes the Secretary of State to render inadmissible any alien whose entry into the Unites States "would have potentially serious adverse foreign policy consequences for the United States." Certain family members may also be covered by these restrictions.*

TAGS    Brazil    Bureau of Consular Affairs

Bureau of Western Hemisphere Affairs    Foreign Governments

Foreign Policy    Foreign Service    Immigration

Office of the Spokesperson    The Secretary of State

Section 212(a)(3)(c) Visa Restrictions    U.S. Visas and Green Cards



White House    USA.gov    Office of the Inspector General    Archives    Contact Us    Freedom 250

FOLLOW US                              Privacy    Accessibility    Copyright    FOIA    No
                                       Policy     Statement     Information          FEAR
                                                                                     Act

Cookie Settings