Case No. 1:26-cv-815 (JEB)

# EXHIBIT 13



← **Post**

**Secretary Marco Rubio** ☑ ◉                                           •••
@SecRubio

The European Commission's $140 million fine isn't just an attack on @X, it's an attack on all American tech platforms and the American people by foreign governments.

The days of censoring Americans online are over.

11:06 AM · Dec 5, 2025 · **24.3M** Views

💬 11K          ⟲ 22K          ♡ 104K          🔖 2.4K                    ↥

💬 **Read 11.3K replies**