Case No. 1:26-cv-815 (JEB)

# EXHIBIT 16

← **Post**

 **Secretary Marco Rubio** ✔ 🦅
@SecRubio                                                    •••

For far too long, ideologues in Europe have led organized efforts to coerce American platforms to punish American viewpoints they oppose. The Trump Administration will no longer tolerate these egregious acts of extraterritorial censorship.

Today, @StateDept will take steps to bar leading figures of the global censorship-industrial complex from entering the United States. We stand ready and willing to expand this list if others do not reverse course.

2:25 PM · Dec 23, 2025 · **7.9M** Views