Case No. 1:26-cv-815 (JEB)

# EXHIBIT 17

← **Post**



**Under Secretary of State Sarah B. Rogers** ✔ ◎    ⋯
@UnderSecPD

WE'VE SANCTIONED: Thierry Breton, a mastermind of the Digital Services Act. In August 2024, while serving as European Commissioner for Internal Markets and Digital Services, he published a letter using the DSA to threaten @elonmusk ahead of his livestream interview with President Trump. Before the interview, Breton ominously reminded Musk of @X's legal obligations and ongoing "formal proceedings" for alleged noncompliance with "illegal content" and "disinformation" requirements under the DSA.

3:46 PM · Dec 23, 2025 · **5.4M** Views

💬 1.4K          ↻ 5.1K          ♡ 28K          🔖 1.6K          ↥