Case No. 1:26-cv-815 (JEB)

# EXHIBIT 18

← **Post**



**Under Secretary of State Sarah B. Rogers** ✔ ◎    •••
@UnderSecPD

WE'VE SANCTIONED: Imran Ahmed, key collaborator with the Biden Administration's effort to weaponize the government against U.S. citizens. Ahmed's group, Center for Countering Digital Hate (CCDH), created the infamous "disinformation dozen" report, which called for platforms to deplatform twelve American "anti-vaxxers", including now-HHS Secretary @SecKennedy. Leaked documents from CCDH show the organization listed "kill Musk's Twitter" and "trigger EU and UK regulatory action" as priorities. The organization supports the UK's Online Safety Act and EU's Digital Services Act to expand censorship in Europe and around the world.

3:46 PM · Dec 23, 2025 · **2M** Views

💬 353          ↻ 2.5K          ♡ 16K          🔖 695          ↑