Case No. 1:26-cv-815 (JEB)

# EXHIBIT 19

← **Post**



**Under Secretary of State Sarah B. Rogers** ✔ ⦾
@UnderSecPD

...

WE'VE SANCTIONED: Clare Melford. She leads Global Disinformation Index (GDI), a UK-based organization that monitors websites for "hate speech" and "disinformation". If you question Canadian blood libels about residential schools, you're engaging in "hate speech" according to Melford and GDI. This NGO used @StateDept taxpayer money to exhort censorship and blacklisting of American speech and press. They also joined the deleterious EU Code of Practice on Disinformation.

> prosperity, particularly in contexts related to land use, environmental resistance, or constitutional recognition. ==Digital denialism around residential schools== and abuses against native communities reveals coordinated efforts to delegitimise truth and reconciliation, undermining national commitments to redress historic injustice. These findings are vital for Canada's ongoing reconciliation efforts, including understanding how settler-state narratives are weaponised by adversarial actors in post-colonial democracies.
>
> The analysis of **misogynistic** and **anti-2SLGBTQIA+** narratives reveals that gendered hate speech is a critical entry point into broader extremist movements online. Women with a public profile, especially women of colour, are disproportionately targeted by harassment, hate speech, and threats of violence. Meanwhile, disinformation targeting queer and trans individuals portrays them as morally corrupt or ideologically dangerous, frequently accusing them of "grooming" or social destabilisation. These narratives are central to the rhetorical arsenal of far-right movements and require urgent attention in online safety, education, and digital governance efforts.[1]
>
> The **anti-Muslim** and **anti-immigrant** narratives identified in this report draw on a coherent Islamophobic framework that depicts Muslims as culturally incompatible, socially regressive, or strategically infiltrating Western institutions. These narratives often surface in response to

3:47 PM · Dec 23, 2025 · **845.5K** Views

💬 219          ↻ 2.1K          ♡ 15K          🔖 455          ⬆

💬 **Read 219 replies**