Case No. 1:26-cv-815 (JEB)

# EXHIBIT 20

← **Post**

 **Under Secretary of State Sarah B. Rogers** ✔     • • •
@UnderSecPD

WE'VE SANCTIONED: Josephine Ballon, co-leader of HateAid, who flags disfavored speech throughout Europe under the Digital Services Act. In addition to her running an official "trusted flagger" body under the DSA, she serves on Germany's Advisory Council of the Digital Services Coordinator (DSC), which directly advises Germany's DSC on the application and enforcement of the DSA. In February 2025, Ballon spoke before an American audience in a notable 60 Minutes interview, outlining her position on censorship succinctly: "Free speech needs boundaries." In October 2024, she vowed to stop the "emotionalization of debates" by "regulating platforms".

3:48 PM · Dec 23, 2025 · **421.9K** Views

💬 191          🔁 1.2K          ♡ 10K          🔖 251          ↥