Case No. 1:26-cv-815 (JEB)

# EXHIBIT 21

← **Post**

**Under Secretary of State Sarah B. Rogers** ✔
@UnderSecPD                                                              ···

WE'VE SANCTIONED: Anna–Lena von Hodenberg, the leader and founder of HateAid, a German organization founded after the 2017 German federal elections to counter conservative groups. HateAid is an official "trusted flagger" (a censor) under the EU's anti-speech Digital Services Act (DSA) and routinely demands access to propriety social media platform data to help it censor more. Hodenberg cited threat of "disinformation" from "right-wing extremists" online in upcoming U.S. and EU elections when circulating a petition for the DSA to become more strongly enforced to allow data access for "researchers".

3:48 PM · Dec 23, 2025 · **1.2M** Views

💬 883          ⟲ 2.7K          ♡ 17K          🔖 852          ↑