Case No. 1:26-cv-815 (JEB)

# EXHIBIT 22

# AGENCY STRATEGIC PLAN

## FISCAL YEARS 2026-2030

### U.S. DEPARTMENT *of* STATE



# Strategic Goal Framework

## Goal 1: U.S. National Sovereignty

**Objective 1.1:** Secure America's borders and the American people's right to decide who to admit and on what terms.

**Objective 1.2:** Ensure all Americans can exercise their rights free from foreign interference.

**Objective 1.3:** Engage in international organizations only when it advances America's national interests.

## Goal 2: The Western Hemisphere and Establishment of the Donroe Doctrine

**Objective 2.1:** Counter and reverse our competitors' influence in the Western Hemisphere.

**Objective 2.2:** Strengthen strategic partnerships in the Western Hemisphere.

**Objective 2.3:** Suppress narco-terrorist gangs and cartels.

## Goal 3: Peace and Stability in the Indo-Pacific Region

**Objective 3.1:** Strengthen the Indo-Pacific economic system to support U.S. reindustrialization and reinforce ties with allies.

**Objective 3.2:** Deter aggression and establish favorable military balance across the region.

## Goal 4: Rebuild the Civilizational Alliance with European States

**Objective 4.1:** Transfer primary responsibility for conventional European defense to allies and expand our joint defense industrial base

**Objective 4.2:** Rebalance U.S. trade with European allies and decrease their economic dependencies on adversarial powers.

**Objective 4.3:** Defend civilizational values and reassert national sovereignty.

## Goal 5: U.S. Economic and Technological Dominance

**Objective 5.1:** Reindustrialize the United States.

**Objective 5.2:** Stop foreign actors' abuse of the global trading system.

**Objective 5.3:** Drive the United States's strategic leverage by increasing U.S. exports and investment.

**Objective 5.4:** Strengthen U.S. technological edge and industry dominance.

## Goal 6: Targeted Foreign Assistance that Puts American Interests First

**Objective 6.1:** Leverage assistance as a tool of statecraft.

**Objective 6.2:** Promote and provide trade, not aid.

# TABLE OF CONTENTS

**Foreword by Secretary Rubio** ........................................................................................... 1

**Goal 1: U.S. National Sovereignty** ................................................................................... 4

Objective 1.1: Secure America's borders and the American people's right to decide who to admit and on what terms. ............................................................................ 4

Objective 1.2: Ensure all Americans can exercise their rights free from foreign interference. ............ 5

Objective 1.3: Engage in international organizations only when it advances America's national interests. ............................................................................................... 5

**Goal 2: The Western Hemisphere and Establishment of the Donroe Doctrine** ................................. 7

Objective 2.1: Counter and reverse our competitors' influence in the Western Hemisphere. .............. 7

Objective 2.2: Strengthen strategic partnerships in the Western Hemisphere. ................................... 8

Objective 2.3: Suppress narco-terrorist gangs and cartels. ....................................................... 8

**Goal 3: Peace and Stability in the Indo-Pacific Region** ....................................................... 9

Objective 3.1: Strengthen the Indo-Pacific economic system to support U.S. reindustrialization and reinforce ties with allies. ............................................................................. 9

Objective 3.2: Deter aggression and establish favorable military balance across the region. ............ 10

**Goal 4: Rebuild the Civilizational Alliance with European States** ............................................ 11

Objective 4.1: Transfer primary responsibility for conventional European defense to allies and expand our joint Defense Industrial Base. ...................................................... 12

Objective 4.2: Rebalance U.S. trade with European allies and decrease their economic dependencies on adversarial powers. ............................................................ 12

Objective 4.3: Defend civilizational values and reassert national sovereignty. ................................ 13

**Goal 5: U.S. Economic and Technological Dominance** ........................................................ 14

Objective 5.1: Reindustrialize the United States. ................................................................. 14

Objective 5.2: Stop foreign actors' abuse of the global trading system. ....................................... 15

Objective 5.3: Drive the United States's strategic leverage by increasing U.S. exports and investment. ............................................................................................... 15

Objective 5.4: Strengthen U.S. technological edge and industry dominance. ................................. 16

**Goal 6: Targeted Foreign Assistance that Puts American Interests First** ..................................... 18

Objective 6.1: Leverage assistance as a tool of statecraft. ..................................................... 18

Objective 6.2: Promote and provide trade, not aid. .............................................................. 19

# Foreword by Secretary Rubio

I am pleased to submit the Department of State's Agency Strategic Plan (ASP) for Fiscal Years 2026-2030. These four years come at a defining period for the United States and our place in the world. With President Trump's agenda of domestic renewal and peace through strength, we will usher in a new era of American greatness.

President Trump inherited from his predecessor a dangerous world full of unprecedented challenges facing this nation: systematic infringements on our sovereignty; the return of multi-faceted great power competition unlike any we have seen since the end of the Cold War; rampant abuse and exploitation in the global trading system; a post-war global order increasingly plagued with anti-Western ideology and weaponized against us; the erosion of our borders and an epidemic of unchecked global mass migration; and global chaos, instability, and armed conflict of a scale not seen in decades.

Tackling these problems requires a dynamic and vigorous America. Yet, after years of weak leadership, we are beset by social division. We have been suffering from a declining manufacturing and industrial base. We have been growing increasingly dependent on foreign supply chains. We have become increasingly ashamed of our own culture, identity, and values. And, in many quarters, there is a creeping fatalism about the future of American power and prosperity. Moreover, we call upon a set of core allies with the same ailments, and which have grown increasingly weak and incapable of protecting themselves—much less willing to shoulder their fair share of responding to collective challenges.

For too long, these issues have festered due to a misguided U.S. foreign policy that never re-calibrated from the fleeting triumphalism of the fall of the Iron Curtain. For some thirty-five years, the bipartisan consensus of that moment has guided a diplomatic agenda committed to multilateralism, globalization, and to remaking—often by force—disparate parts of the world in the image of Western democracies. That foreign policy consistently elevated the interests of the "global community" and the "rules-based order" above the national interests of the United States and our people. In an earlier era, such an approach may have merely been self-defeating; facing today's challenges, it risks putting America on a path towards civilizational and geopolitical suicide.

Correcting course demands a rapid return to a pragmatic diplomacy committed to advancing the national interests of the United States and our people. In other words, it requires a foreign policy that puts America First.

How do we practice America First foreign policy? To start, we must be clear, concrete, and limited in the delineation of our core national interests. The United States is blessed with tremendous assets—physical, financial, military, geographical, and otherwise—but our resources are hardly infinite and the problems we face are many. We cannot hope to solve every issue, or to prevent every global tragedy. Success requires clear-eyed prioritization of the key interests in our diplomatic agenda.

President Trump has been clear that America's national interests start at home and that our government's first duty is to protect America and Americans. Moreover, no significant structure can stand without a robust foundation; a safe, secure, and prosperous United States is a prerequisite for a powerful global presence.

Domestic renewal begins by reasserting American sovereignty—over our territory, our people and commercial enterprises, and our state. Under

1

President Trump, illegal border crossings have reached historic lows.  We will continue to control our borders, ensuring that only lawful and vetted people reach our shores, and expeditiously remigrate all those who do not belong.  Just as importantly, the United States must reclaim our economic independence: rebuilding our industrial and manufacturing capacities, building durable supply chains, reestablishing American energy dominance, championing our businesses, and investing in homegrown innovation to ensure U.S. leadership in the technologies of tomorrow.

A robust foundation depends also upon a strong, safe and market-oriented Western Hemisphere.  A focus on peace and security in our hemisphere ought not be confused with isolationism or a withdrawal from the rest of the world.  Rather, it reflects the common-sense recognition that America cannot effectively project power around the world if it is not prosperous and safe at home.

After decades of failed U.S. policymakers prioritizing faraway conflicts, our region has become marred by a handful of weak states overtaken by narco-terrorist criminal organizations, disorder, and the malign influence of geopolitical adversaries.  Cartels exploit these failed states to ship poison across our borders, while foreign powers leverage them to project military might mere miles from our shores.

No longer.  Under President Trump, the United States will reassert control of our hemisphere, stamping out foreign military power, organized crime, and terrorists.  The projection of foreign power in the Western Hemisphere will once again be treated as a hostile act towards the United States.  In its place, we will cultivate a network of strong, stable, and growth-oriented allies.  Together, we will eradicate disorder, drug trafficking, and mass migration in our hemisphere. We will also promote shared prosperity with these friendly states—expanding fair trade, private sector investment, and targeted foreign assistance,

and near-shoring key supply chains.

Similar principles will guide American global engagement farther from our shores.  Above all, the United States will pursue a posture of peace through strength—maintaining both the might to beat back any adversary, but also the restraint to only use force when necessary.  Under President Trump, the United States has already used our strength to become the preeminent facilitator of global peace in the most intractable global conflicts, from Israel and Gaza to Armenia to Cambodia.  Our peace and strength are self-reinforcing in a virtuous cycle: a peaceful world is one in which America can be strong and prosperous, while a strong and prosperous America will, in turn, promote more peace and global prosperity.

Nor will the United States shy away from competition with China or other geopolitical adversaries.  While we do not seek unnecessary conflict, we will zealously guard our interests— political, security, economic, and otherwise— against encroachment by China, Russia, Iran and other geopolitical rivals.  Doing this will require that we shrewdly allocate resources to the most pressing challenges.  We ought not forget the damage and distraction done by allowing the United States to become mired in never-ending conflicts far from our borders and detached from our core interests.  Prudence and prioritization are essential to ensuring a quiet resolve that deters, rather than invites, foreign aggression.

To this end, we will also empower strong and self-sufficient allies, ensuring that our friends are able to contribute their fair share towards collective security and welfare. As the President's Abraham Accords in the Near East have demonstrated, self-sufficient allies, united with and led by America through economic and technological partnerships, will be capable of more independently addressing regional challenges, allowing the United States to prioritize strategic imperatives.  Our allies will also play key roles helping us push back against anti-

Americanism in international organizations, protect free and open sea lanes and commercial corridors, and prevent foreign powers from dominating key regional resources and domains.

Once more, commerce will play a critical role in forging alliances and partnerships. American enterprise is the root of our global power and our domestic prosperity. President Trump has made clear that the United States will no longer tolerate being fleeced in the global trading system, the pilfering of our intellectual property, nor exploitation of our workers. Instead, we will embrace the President's dealmaking ethos and forge new ventures, compacts, and trade agreements that will bring about fair and mutually beneficial trade and economic partnerships with our friends and allies. Through a reinvigorated focus on commercial diplomacy, we will protect American businesses, workers, and economic interests across the world.

This is an ambitious mandate. To seize it, we must above all reclaim American pride. As President Trump has said, for all the challenges we face, the United States is still the indispensable nation. The United States has led nearly every economic, social, technological, and political evolution of

the last century and we must never forget it. The original sin of globalism is that it denied American exceptionalism and deluded us into becoming ashamed of our history, strength, and prosperity. The United States must never be made to apologize for our power, our wealth, our victories, or our Western values. At our core, we are a proud people—proud of our country, our might, and our culture. A truly American foreign policy ought to reflect this indominable spirit.

Our confidence, however, must remain tempered by pragmatism. At his core, President Trump is a deal-maker and, like any great deal-maker, his agenda is defined by realism. Success in diplomacy means meeting countries on their own terms, and respecting differences in culture, history, and governance. It means rejecting the arrogant paternalism of thinking we can or should change the customs or politics of foreign nations where there is not a direct benefit to doing so. It means dealing in the art of the possible and not wishing away constraints—whether they be natural, geographical, geopolitical, economic, or social.

The Department of State's diplomatic engagement is at the center of this vision. America First is not a retreat from diplomacy—but rather a recommitment to its truest form. For centuries, diplomacy has been defined by sober, pragmatic dialogue and guided by the axiom that rational global actors will act for the benefit of their people and their states. Although forgotten for too long, the art and prudence of traditional interests-oriented diplomacy has been in the bones of the Department of State since 1789. By reclaiming its promise, together we can put America First and usher in the next era of American peace and prosperity.



Marco Rubio
United States Secretary of State

# GOAL 1:
# U.S. NATIONAL SOVEREIGNTY

The first job of the U.S. government, including the Department of State, is to ensure the continued survival of our nation as a self-governing republic that defends the safety and interests of Americans. For too long, U.S. policymakers assumed that open borders, global integration, and deference to multilateral institutions and agreements would produce outcomes that would be good for the globe and, therefore, good for America. This experiment failed. Re-prioritizing our national sovereignty and national interest means reevaluating our assumptions towards migration, global engagement, and multilateralism.

The Department will advance the sovereignty of our nation, at the core of which is control of our borders. Without this, there is no recognizable nation on whose behalf the U.S. government can act. We will advocate for the sovereignty of our citizens—their safety at home and abroad, and their freedom from foreign efforts to curb their rights—and of our businesses, which are regularly subject to unfair practices around the world. As the Department restores the sovereignty of the United States, it will reduce deference to multilateralism and global bureaucratic consensus, which too often reflect destructive ideologies and strategic misalignment with U.S. interests.

## Objective 1.1: Secure America's borders and the American people's right to decide who to admit and on what terms.

For decades, the United States allowed tens of millions of migrants—legal and illegal—to enter the country. We were told unfettered mass migration was a fact of nature and a positive good. The more Americans objected, the more migration increased. This was a damaging mistake and an affront to the people that the U.S. government serves.

As Secretary Rubio has stated repeatedly, the era of mass migration is over. Previous administrations used the Department's powers—including visa issuance, refugee admission, and billions in humanitarian assistance—to facilitate this crisis. The Department will no longer be complicit in these abuses. Instead, we will protect our borders and defend the value of American citizenship. Ending the crisis brought on by open borders and reversing the damage it has done to the United States is one of the Department's essential tasks.

A visa is a privilege, not a right, and recipients are guests in our country. Every decision on foreign admissions is a national security decision, and Department personnel will prioritize the safety and well-being of Americans appropriately.

In collaboration with the Department of Homeland Security and other relevant U.S. government agencies, the Department will continually improve our screening and vetting policies and procedures for those who seek immigration benefits. This includes ensuring that applicants do not pose any risks to public safety or national security, do not bear hostile attitudes toward our citizens, culture, government, institutions, or founding principles, or show other signs of anti-Americanism. In addition, we will reinvigorate and expand the application of the "public charge" ineligibility to ensure visa holders do not become burdens to American society.

Remigration and border security are central to our diplomatic engagements, especially to those in our hemisphere. That includes ensuring foreign countries facilitate the repatriation of their nationals who have no right to remain in the United States; negotiating arrangements with other countries to accept the transfer of asylum claimants and illegal aliens removed from American communities; and working with DHS to support voluntary remigration. We also will use foreign assistance to support countries that help us achieve our immigration priorities. Mass migration and weak borders are not inevitabilities to manage, but problems that the Department's resources and U.S. bilateral relationships must help to solve.

## Objective 1.2: Ensure all Americans can exercise their rights free from foreign interference.

The U.S. government exists to protect the God-given natural rights of Americans, including the rights of free speech, of religion and of conscience, and the right to choose and influence our common government. Nevertheless, foreign governments and international organizations are creating laws and regulations that impose restrictions on these rights. These laws enacted across the globe affect American companies, but also can target Americans abroad and at home.

For their own domestic political purposes, foreign governments have imposed restrictions on speech that would be unacceptable in the United States, including by enforcing conditions to operate or levying fines on technology and media companies that operate in those countries. Meanwhile, globalist bureaucrats and activists direct campaigns in multilateral bodies and through NGOs which seek to restrict the right of free speech in the name of combatting "hate speech," promoting "trust and safety," or countering "disinformation."

The Department will oppose efforts by foreign countries, international organizations and NGOs, and activist groups that seek to censor Americans in their own country. We will counter these efforts through all appropriate means including visa and financial sanctions.

At the same time, the Department will scrutinize attempts by foreign powers to exercise influence within the United States. These efforts are not new, but now seek to manipulate American public life through a widening spectrum of influence operations. This includes lobbying and lawfare; NGO activities, including through think-tanks, cultural centers, and educational institutions; and media manipulation, including paid media and social media campaigns. In some cases, these activities have fomented or contributed to civil unrest in U.S. cities. Moreover, foreign powers seek to acquire or control assets important to our national security and public safety, including real estate and infrastructure.

Such activities threaten our sovereignty and limit Americans' exercise of their rights by displacing their legitimate participation in the public life of their own country. In cooperation with other U.S. government agencies, the Department will uncover and investigate such activities and counter them by all available means.

## Objective 1.3: Engage in international organizations only when it advances America's national interests.

International organizations exist to advance the interests of sovereign nations. They are not global legislatures or independent sources of moral, political, or legal authority. They stray from their proper purpose when they develop their own constituencies and seek to advance agendas that no citizen can approve or reject.

Generations of American leadership were convinced that global engagement was a good in itself, and that connectivity therein would bring about global peace and make great power rivalry obsolete. This dream has not and will not come to pass. While the United States was squandering our influence advancing these flawed ideas, we were being outplayed in the real competition among great powers.

The Department will no longer fund or support international organizations or conventions that act contrary to America's interests or that erode our sovereignty. We will no longer defer to unelected international bureaucrats who run them. We will not permit international organizations to become weapons in the hands of our adversaries, deployed to target Americans and citizens of partner nations such as Israel. Instead, we will focus on increasing American influence and driving reform in organizations whose work affects our concrete national interests, particularly the standard-setting bodies, while imposing real accountability on those who threaten Americans, our national interests, or those of our allies. America's adversaries use international organizations to undermine and reshape the global order or to extract funding that is used against our interests. We, in turn, will use American leadership to return useful bodies to their original purposes, i.e., to build coalitions which clearly and concretely serve to advance our national interests.

Specifically, there is need for renewed focus at the United Nations, which has strayed far from its purpose of solving international disputes peacefully. We will push back on the UN's 2030 Agenda and Sustainable Development Goals (SDGs), which advance a program of soft global governance inconsistent with U.S. sovereignty and adverse to the rights and interests of Americans. We will seek to block resolutions that undermine U.S. interests or those of our allies, withhold or condition funding to promote reforms, and promote U.S.-led peace processes. Additionally,

the Department will lead efforts to wind down costly and ineffective peacekeeping and special political missions around the world.

Declarations of international bodies inconsistent with U.S. sovereign law cannot and will not constrain our decision making. We will respond sternly, using the full array of diplomatic and economic tools at our disposal, to such attempts to limit us.

6

# Goal 2:
## The Western Hemisphere and Establishment of the Donroe Doctrine

Geography has long blessed the United States with distance from other great powers as well as a prosperous and resource-rich hemisphere relatively free of strife and instability. Our status as a global superpower was built on this foundation: without serious enemies or conflicts at our borders, we have been able to project power abroad unhindered.

Over recent decades, however, we have let these pillars of our strength erode: geopolitical adversaries and transnational criminal groups have made major inroads into the region; our local allies have been forgotten in our rush to remake far-distant foreign nations; and our neighborhood has been swamped by unchecked migration, illegal drugs, and the terrorist gangs and cartels that push them.

Not any longer. President Trump has already demonstrated through bold action that "American dominance in the Western Hemisphere will never be questioned again" Under the new "Donroe Doctrine," the United States has re-established absolute primacy in our hemisphere—both by bringing anti-American and rogue states to heel, and by forging powerful new security and economic partnerships with likeminded states.

**Objective 2.1:** Counter and reverse our competitors' influence in the Western Hemisphere.

Originally declared in 1823, the Monroe Doctrine was the north star of American foreign policy during the U.S.' long rise to superpower status. Decade after decade, the Doctrine evolved in tandem with the threats of the moment, but at its heart, it always reflected the same core truth: that the United States is safest, strongest, and most prosperous when outside adversaries cannot establish themselves in the Western Hemisphere.

Over the last few decades, our country has lost sight of that truth. No longer. The United States will work to ensure our neighbors never feel that they owe political fealty to any extra-hemispheric power, or that any extra-hemispheric power controls the fates and destinies of their people. Furthermore, we will not allow any foreign adversary to use force or establish a military base anywhere in the region, and will seek to reverse the expansion of all other forms of foreign military influence, including the spread of foreign security assistance, intelligence facilities, and facilities with dual-use possibilities.

Historically, the Monroe Doctrine focused primarily on the expulsion of extra-hemispheric military and political influence. The Donroe Doctrine expands this principle to purge unchecked economic, migration, and drug interference and to stamp out malign influence from extra-hemispheric powers, trans-national criminal organizations and rogue regional actors alike. by those outside the hemisphere. The United States does not—and has never— sought a closed economic system in the Western Hemisphere, but we will no longer permit foreign adversaries to use commerce and investment as a stalking horse for control of the region's critical infrastructure and strategic territory, including

vital chokepoints like the Panama Canal.

For that reason, we will prevent such control and roll it back where it has already occurred, and we will do so regardless of whether that control is exercised directly by competing powers or instead through purportedly private entities that operate under those states' thumbs.  We will also oppose predatory loans and other instruments of debt that threaten to ensnare our neighbors and subject them to the control of foreign adversaries.  For neighbors already caught up in such schemes, we will sever these financial leashes by using the full array of our country's economic instruments, including foreign assistance, loans, and private-sector partnerships.

## Objective 2.2: Strengthen strategic partnerships in the Western Hemisphere.

Central to our efforts in the Western Hemisphere will be providing alternatives—either commercial, security, or otherwise—to our neighbors in the region.  The Department will accordingly work with our regional partners to stand firmly against foreign interference and to uproot it where necessary.  Our allies will no longer feel isolated against China or any other extra-hemispheric power, and the United States will remain the region's partner of choice on the issues that matter most.  Even amid any intra-regional disagreement, it should always remain common ground that no one's interest would be served were the Western Hemisphere to become a theater of serious great-power competition.  On the contrary, the United States, by keeping outside great powers at ocean's length, lays the groundwork for the entire region's security and prosperity.

The Department must not just reinforce bonds with existing allies, but expand to new partners throughout the region.  For too long, our neighbors have been neglected as the United States has been distracted by a never-ending series of crises elsewhere.  We will reverse that neglect and restore regional allies to their rightful role as our strategic partners.  In that capacity, we will cooperate on issues of mutual concern, including combatting intra-regional challenges like narcotics trafficking. We will also prioritize trade deals in the Western Hemisphere and near-shore key industries in neighboring countries with comparative advantages—not as charity, but because doing so improves the security of our own supply chains. Our policies will pay dividends for the region as well as for the American people and thereby secure lasting advantages to both.

## Objective 2.3: Suppress narco-terrorist gangs and cartels.

Prior to this Administration, our country was under siege by narco-terrorist gangs and cartels that killed over 87,000 Americans every year through the deadly drugs they trafficked.  In addition to directly harming our people, these organizations fueled destabilizing crime, addiction, and corruption across the region.

We will no longer tolerate this scourge or the extra-hemispheric entities and states that often enable and profit from it.  We will recognize cartels and gangs as the foreign terrorist organizations that they are.  We will continue to apply sanctions and other economic tools against these entities—as well as against any state or non-state actors who provide them succor.  Finally, we will not hesitate to use force if necessary and appropriate.

We will not undertake this battle alone.  We will partner with our neighbors to improve their counterterrorism and security capabilities, including through access to and training with our armed forces and law enforcement.

# GOAL 3:
# PEACE AND STABILITY IN THE INDO-PACIFIC REGION

How the United States responds to the rise of China will be the defining story of the 21st century. This is due not only to the global nature of economic competition, but to the U.S.' own national interests in the Indo-Pacific. The United States is a Pacific nation and has traded there practically since our founding. Asia is already the source of nearly half of the world's gross domestic product by some estimates, and crucial sea lanes and supply chains crisscross the region. Further, we count other Indo-Pacific nations as some of our closest allies. We are unambiguous that regional peace and stability benefit the United States irrespective of competition with countries such as China. We seek closer economic and military ties with Indo-Pacific allies and partners that benefit U.S. strength, not which come at our expense.

Although the United States and the West have made decades of strategic mistakes regarding China—whether through instances of unfettered access to our capital markets, encouraging our businesses to invest without discretion, or outsourcing our manufacturing capacity—we retain the foundations of dynamism, vibrancy, and innovation which will allow us to reassert our economic independence.

With this confidence in our 250 years of freedom and independence, we are clear that in our competition with China we do not seek to create instability. Instead, as with America First foreign policy everywhere, we will pursue policies in the Indo-Pacific that support economic strength in our own country and deter aggression abroad. When the United States is economically, militarily, civically, and morally sound, we can outlast any competitor and dissuade them from military adventurism.

**Objective 3.1:** Strengthen the Indo-Pacific economic system to support U.S. reindustrialization and reinforce ties with allies.

The United States will advance an economic system in the Indo-Pacific that is both free from external coercion and open to the American people. We will advance policies in the region that support U.S. reindustrialization through broad commercial advocacy efforts, the development of secure and resilient supply chains, and the spread of American and trusted alternatives to Chinese-created dependencies. As President Trump has stated publicly, we will combat Chinese intellectual property theft, and counter predatory state-directed economic strategies.

The United States will also seek to build and reinforce our allies and partners in the region through fair, high-impact bilateral trade deals to advance shared prosperity. We will support efforts by innovative American companies to win markets across the Indo-Pacific region and removal of bureaucratic red tape that restrict our companies. We will support allied investment in the United States and collaboration between the United States and allied companies, provided they do not result in further deindustrialization. We will identify and counter attempts to evade U.S. tariffs through third-country transshipment. We will seek partnership with growing regional economies such as India, but on terms that advance U.S. security and economic interests and avoid repeating past mistakes.

We will promote our role as the energy and technology partner of choice in the Indo-Pacific.

We will prioritize innovative deals to secure critical minerals and will work closely with allies and partners to protect our technological advantages and safeguard our innovation from hostile exploitation.  We will also use existing mechanisms, such as the Quadrilateral Security Dialogue, to drive American and allied regional priorities and counter attempts by China to establish a hostile and exclusionary economic system.

## Objective 3.2: Deter aggression and establish favorable military balance across the region.

The United States must establish a favorable military balance in the Indo-Pacific to keep the trade routes free and open and to deter aggression.  Over the past decade, China has undertaken an unprecedented military buildup which the United States must highlight publicly and remain prepared to counter.

We will secure the vital lanes of commerce which run through the region, keeping them open for our ships to navigate unimpeded.  If obstructed, we will ensure the United States has appropriate capacity to counter these efforts so that these crucial lanes are not able to be taxed or closed by any one country.

The Department will work to deepen relationships with allies and encourage them to increase their own spending, to invest in deterrence measures, and to allow U.S. military greater access to critical infrastructure and resources.  In turn, we will provide allies increased access to our revitalized Defense Industrial Base.  We will promulgate with  allies, partners, and adversaries alike that the United States maintains a strong interest in a peaceful and prosperous Indo-Pacific and desires neither war nor regime change.  We will consistently seek open lines of communication

with China and means to reduce misunderstandings and risks.  We will champion reliable U.S. defense companies and support defense industry interoperability and collaboration between not just the United States and Indo-Pacific allies, but also with reliable European partners.  An integrated Defense Industrial Base will provide the United States and our allies with strategic productive depth in the event of conflict.

# Goal 4:
# Rebuild the Civilizational Alliance with European States

The nations of Europe are America's oldest allies. The United States was born of Western European parentage and, far beyond mere geopolitics, we are bound to Europe through shared traditions, cultural heritage, political values, and familial ties. To succeed against today's challenges, the United States must help European partners recommit themselves to a new American transatlantic civilizational alliance.

For the bulk of the twentieth century, Europe was the primary theater for great power competition, with the United States standing with allied nations against imperialistic and anti-democratic powers like the Axis and the Soviet Union. America built the post-war global architecture in service of this transatlantic partnership, leveraging it to become Western Europe's primary security guarantor, financial backstop, and geopolitcal pole in the fight against communism. Together with the free nations of Europe, America defeated the USSR and freed the continent from the yoke of communist tyranny.

Over time, however, the resulting unification of Europe—infected with the dogma of the post-Cold War neoliberal moment—led to a weaker and poorer continent less capable of defending itself, much less joining to support American interests. Content to free-ride on U.S. security guarantees, European nations slashed their defense spending and let their militaries atrophy. Submitting to the unaccountable supranational regulatory bureaucracy of the European Union, the continent deindustrialized, failed to innovate, and slipped into economic malaise. European nations became increasingly reliant upon energy and imports

from adversarial powers. EU principles regarding the free movement of people were weaponized to flood Europe with waves of non-assimilated foreign migrants, diluting the bonds of culture, community, and history that sustained historic polities. Meanwhile, the elite came to espouse increasingly radical conceptions of globalism and pan-humanism that led them to reject and undermine the core tenets of Western civilization: Western faith and values, national sovereignty, free expression, free markets, and belief in the polity.

It is time for European nations to wake up. Russia's invasion of Ukraine demonstrated that Europe continues to face grave security threats and must re-militarize to ensure its security. Likewise, Chinese economic coercion has shown that European countries must also reindustrialize and deregulate to secure their economic future. Finally, a breakdown in public safety and social welfare has revealed that they must abandon the disastrous experiment of mass migration.

European nations must regain their strength to remain a useful partner for the United States. Critically, while the United States stands ready to help reverse the corrosive trends of the past three decades, we do not desire a return to either the European dependency of the Cold War or the instability of competing imperialisms that culminated in two world wars. Instead, we aim to empower European nations that are militarily capable, economically fair, and culturally aligned. This new slate of self-reliant and self-assured states will guard against both estrangement and decline, rebuilding a renewed transatlantic civilizational alliance fit for today's challenges.

**Objective 4.1:** Transfer primary responsibility for conventional European defense to allies and expand our joint Defense Industrial Base.

The United States benefits from a free and secure European continent but, as outlined in previous sections, we must prioritize our resources to support stability in regions such as the Western Hemisphere or Indo-Pacific. Nonetheless, our commitment to European security and prosperity is evidenced by our push for NATO allies to spend five percent of GDP on defense. This is something European nations must address urgently. Without demonstrable progress, the American people cannot continue to care more about the security of far-off nations than the citizens of those nations do themselves. We will push strongly for adherence to The Hague commitment; nations that continue to freeride will forfeit the benefits of friendship with the United States.

President Trump correctly foresaw the need for fellow NATO members to increase their own defense spending and has raised this publicly on numerous occasions. We will support NATO as the essential mechanism to guarantee shared deterrence, interoperability, and joint command, but need NATO to be a real alliance. As recent conflicts have clearly demonstrated, rhetoric does not win wars. The Department will advocate for the creation of tangible national capabilities as European states assume responsibility for their conventional defense and become net contributors to security in Africa and the Middle East. In the pursuit of these capabilities, we will champion reliable U.S. defense companies, resist efforts to divide the transatlantic Defense Industrial Base, and support defense industry interoperability and collaboration between not just the United States and European allies, but also those in the Indo-Pacific. An integrated defense industrial base will provide the United States and its allies with strategic productive depth in the event of conflict.

While strengthening NATO's deterrence in Europe, we will maintain dialogue with Russia, seek the normalization of diplomatic operations, and pursue strategic stability. We will seek the end of the Russia-Ukraine war and will commit diplomatic resources to avoid new conflicts in Europe. We will cooperate closely with European allies on security in the Arctic. As conditions allow, we will negotiate arms control for nuclear, chemical, and biological weapons.

**Objective 4.2:** Rebalance U.S. trade with European allies and decrease their economic dependencies on adversarial powers.

The United States will unapologetically pursue balanced, reciprocal trade with European nations. We will resist the EU's attempt to cast itself as a "regulatory superpower" and push back on rules which discriminate against U.S. businesses or have extraterritorial effects on U.S. consumers. The Department will encourage and support European investment in the United States and collaboration between U.S. and businesses in Europe, provided they do not result in further the deindustrialization of the United States. We will vigorously advocate for export opportunities on behalf of sound U.S. businesses.

The export of U.S. energy will be a central pillar in our economic collaboration with European nations. The United States has the resources to end energy dependency on Russia and spur economic growth. We will strongly support U.S. exports of natural gas, nuclear technology, and nuclear fuel, particularly in former Soviet-aligned states.

China's support for Russia and its invasion of Ukraine directly undermines security in Europe. The United States will support efforts to reduce dependence on China for critical supply chains and overreliance on China for economic growth.

Chinese economic leverage over European states erodes their reliability as U.S. allies. We will support the removal of Chinese hardware and software from critical infrastructure and collaborate closely with European partners to safeguard our joint technological advantages.

## Objective 4.3: Defend civilizational values and reassert national sovereignty.

The United States and European nations must be civilizational allies, first and foremost. As such, the United States will condemn anti-democratic actions which restrict free speech or the free exercise of religion and will oppose the use of lawfare to ban political opponents. In healthy societies, citizens can decide for themselves which candidates, ideas, and political movements are worth selecting, without the need for globalist intervention or elite moderation.

Mass migration is a threat to national cohesion, social stability, and civilizational values and we will support European nations' increasing recognition of this. The Department will work with allies and partners to renegotiate the international consensus on asylum to enshrine common-sense principles and reassert the primacy of national sovereignty in decisions on migration.

# GOAL 5:
# U.S. ECONOMIC AND TECHNOLOGICAL DOMINANCE

The United States' unparalleled economic wealth and technological dominance are foundational to our geopolitical strength and a tremendous source of strategic leverage. In the 20th century, American manufacturing dominance powered our victories in war and our prosperity in peace. But as a result of short-sighted decisions at home and unfair competition abroad, the United States has lost much of our manufacturing base and is too often dependent on foreign countries for critically important inputs. The United States will rescue our industries from unfair trade practices and illegitimate competition, promote American businesses through commercial diplomacy, and firmly reestablish America as the economic and technological juggernaut of the 21st century. We will build on America's energy self-sufficiency established during the first Trump Administration and solidify America as the most dominant energy exporter in the world.

## Objective 5.1: Reindustrialize the United States.

U.S. power lies in both our military dominance and our leadership of the global economy. In a geopolitical context driven increasingly by economic statecraft, the future of U.S. supremacy lies in our future productive power. On this front, our position as the country with the highest gross domestic product and leadership in financial markets obscures underlying fractures in the national health of our productive economy, especially in advanced manufacturing products and critical technologies that have implications for national security.

We will reindustrialize, especially at the cutting edges of economic development, and secure supply chains from dependence on adversaries. We will identify productivity-enhancing sectors and industries necessary for a vibrant economy, including energy, critical minerals, advanced manufacturing, robotics, machine tools, shipbuilding, material sciences, critical and advanced infrastructure, telecommunications, pharmaceuticals, medical devices, space and aerospace, semiconductors, compute, artificial intelligence (AI), data storage, transportation logistics, unmanned and autonomous systems, biotechnology, and quantum science.

Working in collaboration with the Department of Commerce, the United States Trade Representative, and other relevant agencies, we will identify dependencies in these areas and take steps to secure our supply chains and bolster our capacities. We will not allow our ability to obtain critical technologies to be based on the benevolence of adversaries and competitors. We will protect our industries from unfair trade and non-trade practices used by other countries to destabilize American manufacturing. This imperative is especially vital to the future of the Defense Industrial Base, which we will rebuild and promote to allies and partners worldwide.

We will also not relinquish global dominance of these markets to foreign powers. In addition to being vital to national security, increasing productive power and market share over strategic sectors will boost the entire American economy and create synergies with other sectors of the economy, providing tangible benefits to the entire U.S. labor force, financial markets, and the U.S. Treasury. The Department will mobilize U.S.

businesses and solutions as the preferred choice for allies and partners by pursuing commercial deals in all bilateral relationships and negotiations, thereby creating a strong economic bloc of pro-American countries that leverage American businesses and exports. We will enshrine a new economic security consensus across this bloc of partners and will unlock new commercial industries and opportunities through flagship infrastructure projects. Through the purchase American technology stacks and defense systems, this bloc will finance U.S. reindustrialization and ensure American economic and technological leadership continues throughout the 21st century.

## Objective 5.2: Stop foreign actors' abuse of the global trading system.

The conventional consensus on trade policy is that free trade is mutually beneficial and that countries should pursue free trade wherever and whenever possible with few if any exceptions. However, the U.S. position in the global trade regime is lopsided with long-standing, historically large, persistent trade deficits with most countries. Foreign actors have exacerbated and artificially inflated these deficits through various unfair trade practices such as tariffs, import substitutions, currency manipulation, and tax penalties such as value-added taxes (VATs). As a result, the current trade system resembles nothing like truly free trade, and America has hemorrhaged manufacturing jobs and assets to pay for our trade deficits.

The United States cannot afford this arrangement any longer, and we will correct these abuses to ensure fair trade that corrects our trade deficits, bolsters our efforts to reindustrialize the United States, boosts U.S. productivity and the competitiveness of American companies, and prioritizes the American worker. The Administration will rectify our trade deficits through our reciprocal tariff regime and new trade

deals that put American businesses first. Working with other agencies, we will work with U.S. businesses to investigate and respond to unfair trade practices that limit market access to other countries. To ensure these measures are effective, we will especially focus on transshipment, whereby countries evade tariff duties by routing their exports through third countries not subject to tariff regulations. As the Administration has already shown, we will impose punitive tariffs of 40% against countries that facilitate tariff evasion through transshipment and other regulations, such as goods made using forced labor. The Department will be vigilant in identifying and reporting these policies to the United States Trade Representative, and we will engage with countries to rectify these unfair practices.

The Department will ensure free and fair access to foreign markets by making commercial diplomacy the centerpiece of our economic strategy, and will help U.S. businesses secure foreign government contracts and tenders for key projects. Specifically, posts will encourage countries to reduce their dependence on Chinese investment offerings. The Department's commercial diplomacy strategy will involve identifying American alternatives to Chinese investment, develop new alternatives where they do not exist, and work with other agencies and other countries to encourage reliance on superior American offerings, especially in critical sectors such as AI. Diplomatic missions will also continually monitor and coordinate responses to ongoing Chinese economic coercion abroad.

## Objective 5.3: Drive the United States's strategic leverage by increasing U.S. exports and investment.

Our efforts to increase U.S. leverage with strategic partners complements our efforts to reindustrialize, secure supply chains, and end abuses in the global

trade system.  To deepen countries' economic connection to the United States and reduce their dependence on China, we will reindustrialize and become the world's factory in the most critical sectors that determine the shape of the global economy.  Reindustrialization will be driven through incentives and benefits that only accrue to U.S.-based businesses which hire American workers and develop the dynamism and resilience of the American economy.  Taken together, our trade and industrial policies will be mutually reinforcing.

The Department's economic strategy will promote American exports and opening foreign markets to U.S. businesses.  Posts will collaborate and coordinate with Departmental bureaus to identify and secure opportunities, especially where the U.S. market has competitive advantages, such as AI, energy, weapons systems, capital markets, and as we increasingly reindustrialize, advanced manufacturing goods.

In collaboration with the Department of Energy, the Environmental Protection Agency, and the Department of Commerce, we will promote American energy production and export to the rest of the world, thereby achieving the Administration priority of energy dominance while driving down energy prices worldwide.

As part of the Department's participation in the Committee on Foreign Investment in the United States, we will also encourage continued foreign investment into the United States. However, such foreign investment must focus on development of domestic capacities and industry rather than acquiring American assets.  We will promote targeted U.S. investments in strategic countries to expand market access for U.S. exports and enhance U.S. control and influence over key nodes and chokepoints in the global trading system.  We will also take steps to ensure that the U.S. Dollar remains the global reserve currency and the trade medium of the global economy, thereby avoiding the security and economic implications of de-dollarization.

The Department will take leadership of efforts to promote the export and control of the American AI tech stack to trusted partners, such as Israel or others across the globe.  As one of our greatest competitive advantages, AI is a key industry that other countries want and need; in exchange, we will ensure that only trusted partners enjoy these technologies, and that untrusted foreign technology does not proliferate at the risk of our security or influence.

## Objective 5.4: Strengthen U.S. technological edge and industry dominance.

The United States extends our national power through a confluence of economic productive power, military power, and technological innovation.  We must therefore outcompete our rivals in technological development and dominance to win in the economic and military spheres as well.  We will accomplish this by protecting our advantages and leadership in the science and tech ecosystem while also promoting U.S. technology exports to lead global market share.

We will prevent our adversaries from gaining access to U.S.-developed and produced technologies, whereby they steal our trade secrets and use our technologies to beat us, including through dual-use applications that enable foreign militaries to threaten our national security.  The Department will work with the Department of Commerce and other agencies to ensure that AI and other cutting-edge technologies are only licensed and exported to allied and partner countries that are secure and free of adversarial technologies or influence.  We will monitor export licenses to ensure continued compliance with the

terms of licensure so that no technology or trade secrets leak outside of the U.S. ecosystem.

Protecting U.S. technology will not guarantee industry dominance if we do not also export our technologies abroad in place of adversaries. As instructed by President Trump's Executive Order on AI exports, the Department will lead efforts with other agencies to aggressively promote the export of our technologies to as many trustworthy markets as possible to dominate global market share and build U.S.-aligned ecosystems. Specifically, we will work with U.S. companies to identify use cases and applications, coordinate synergies between different parts of the AI architecture (e.g. semiconductors, compute, data centers, software, etc.) and negotiate deals abroad.

To promote the adoption of U.S.-preferred technology standards, we will exercise strong leadership in international fora by working with partners to advance our preferences and see them adopted. We will expect partners using American technology to prefer these standards and will make licenses contingent on support at fora like the International Telecommunications Union. Where there are weaknesses in international coordination that the United States can strengthen, we will create new fora where we can exercise strong leadership.

We will also court investment in advanced technology research and development. There is an ongoing need for research at the frontiers of scientific study and the cutting edge of technology products that will shape the future of the American economy, such as in biotechnology, semiconductors, quantum, and terrestrial and space-based telecommunications architecture. We will win the present while laying the foundation to win the future by courting productive foreign investment from trusted partners. Additionally, we will support and coordinate between business partners, national labs, and educational institutions that drive research and applications. Where

we lack specialized expertise, we will attract it from abroad while protecting our research and intellectual property.

# Goal 6:
## Targeted Foreign Assistance that Puts American Interests First

Foreign assistance has long been a limited but crucial tool of American foreign policy. From Lend-Lease to the Marhsall Plan to the Cold War fight against Communism, strategically minded assistance programs have deployed American resources to bolster allies, lead pro-U.S. development, save lives, and promote our values.

Sadly, our wayward foreign aid architecture long ago abandoned strategic discipline and the national interests of the United States. This drift was best exemplified by the United States Agency for International Development (USAID). Established to respond to urgent humanitarian crises and help poorer allies find durable growth, USAID came to view its core constituency as the global humanitarian community rather than the American nation or people. USAID has been eliminated, and its foreign assistance programs have been realigned under the State Department. Our mandate is clear: deploy assistance resources prudently and strategically, towards a more targeted set of high-impact programs that advance core diplomatic priorities.

The Department's ongoing assistance programs fit into two basic categories: (1) lifesaving programs and (2) strategic investments. Lifesaving assistance includes time-limited health and humanitarian programs, such as disaster response, food security initiatives, and efforts to combat deadly diseases. Strategic assistance advances longer-term U.S. interests by providing allies with security assistance, foreign military financing and economic support and by promoting commercial and trade ties through programs that facilitate market access and U.S.-led infrastructure

development. Both forms of assistance will be guided by the same set of overriding principles.

**Objective 6.1:** Leverage assistance as a tool of statecraft.

American sovereign resources belong to the American people and must be spent to advance their interests and those of our nation. No foreign government, population or instrumentality has a preordained right or claim to U.S. funding. Foreign assistance is a tool of American diplomacy and statecraft—and every dollar we spend on it must be directly justified on those terms. Operationalizing this commitment starts with a few basic principles.

For too long, assistance justified on globalist or humanitarian bases benefitted groups unfriendly to the United States. No longer. When evaluating assistance programs, we will start by ensuring it is going to groups or countries that actively advance our interests. Relevant factors will include military and security ties, cooperation on national security and migration / remigration priorities, voting in international organizations, and fair economic or trade interconnections.

We will also deploy assistance to advance discrete and time-bound objectives and will quickly and effectively leverage assistance as a tool to advance discrete U.S. economic, security, and diplomatic objectives. Our assistance dollars will be more flexibly deployed in connection with emerging diplomatic negotiations, to meet urgent national

security needs, to help U.S. businesses contest global deals, to identify and secure vital supplies of critical minerals, to secure bilateral cooperation on migration and remigration agreements, and to deny our adversaries key geopolitical goals or priorities.

Finally, refocusing on strategic objections will require realigning resources to priority regions and areas. In 2024, USAID spent just 10-15% of its assistance budget in the Western Hemisphere and Asia-Pacific combined. That is an unacceptable allocation of scarce resources given U.S. strategic priorities. Accordingly, the Department will aim in 2026 to spend at least 40% of our overall assistance budget in the Western Hemisphere and East Asia regions. Even within administratively grouped regions, we will ensure that country and sub-regional allocations of assistance reflect contemporary developments and strategic priorities.

## Objective 6.2: Promote and provide trade, not aid.

Private sector economic cooperation is at the center of the America First foreign policy agenda—as is the proven belief that real development and prosperity is driven by trade, private sector growth, investments in innovation, and by efficient markets. Developing nations want help fostering self-reliant growth, not assistance programs designed to create reliance on multilateral institutions and global non-profits. This simple truth ought to be reflected in our developmentally oriented foreign assistance programs.

Our America First foreign assistance strategy will leverage assistance resources to champion American enterprise and infrastructure. We will make investments in exporting cutting-edge American technology—especially in healthcare, communications, software, energy, and transportation—that will bring developing nations

into the 21st century economy and solve local humanitarian, governance, and economic problems all around the world. And we will secure local buy-in, catalyze private capital, and ensure that development projects benefit from the discipline of market principles.

These new forms of assistance will help us better compete with our adversaries who seek to leverage investment to assert control over various developing economies. If done correctly, U.S. investments built on private sector principles of fair exchange, local control and mutual benefit will offer a clear contrast—and more appealing alternative to—exploitative models such as Chinese debt-trap diplomacy.

Leveraging assistance for commercial diplomacy will require significant shifts in the way we program and plan assistance. We will diversify our implementing partner set away from the non-profit and international organization sectors and towards the American business community. To effectively work with the private sector, we will also update our procurement to market standards. We will need to work closely with partner governments to ensure local buy-in, regulatory harmonization and co-investment. And we will be more agile in our assistance programming so as to more quickly and opportunistically take advantage of competitive dynamics, market conditions, and unfolding geopolitical events.

