Case No. 1:26-cv-815 (JEB)

# EXHIBIT 23



← **Post**

**Under Secretary of State Sarah B. Rogers** ✔ 🏛️                           ...
@UnderSecPD

As @SecRubio has noted, today's list is illustrative not exhaustive. We stand "ready and willing to expand" it.

STATEMENT BY

## Secretary of State Marco Rubio

U.S. DEPARTMENT *of* STATE

Announcement of Actions to Combat the Global Censorship-Industrial Complex - Unit...

From state.gov

3:48 PM · Dec 23, 2025 · **323.7K** Views

💬 510          ↻ 1.1K          ♡ 10K          🔖 290          ↑

💬 **Read 510 replies**