**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>   Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>   Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KIRAN WATTAMWAR AS ADDITIONAL COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of

Kiran Wattamwar, an attorney with the Knight First Amendment Institute at Columbia

University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of

the District of Columbia, as additional counsel for the Plaintiff in this case. Ms. Wattamwar's

declaration is filed herewith.

Dated: March 27, 2026

             Respectfully submitted,

             */s/ Carrie DeCell*
             Carrie DeCell (1015491)
             Knight First Amendment Institute
              at Columbia University
             475 Riverside Drive, Suite 302
             New York, NY 10115
             (646) 745-8500
             carrie.decell@knightcolumbia.org

             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on March 27, 2026, I electronically filed the foregoing motion in the U.S. District Court for the District of Columbia using the CM/ECF system. Since opposing counsel has not yet registered their appearance on CM/ECF, I served paper copies via FedEx to Defendants at the addresses below:

Pamela Bondi, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Marco Rubio, in his official capacity as Secretary of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington, DC 20522

U.S. Attorney's Office for District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*