**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, <br><br> Plaintiff, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States, <br><br> Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY NICOLE SCHNEIDMAN *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Nicole Schneidman *pro hac vice*. Upon consideration of the motion, the Court grants attorney Nicole Schneidman *pro hac vice* admission to this Court in the above-referenced matter.

SO ORDERED

Dated: _____

_____
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE

## LCvR 7(K) STATEMENT

Pursuant to Local Rule 7(k), below is a list of all parties entitled to be notified of this

Proposed Order. No counsel has yet entered in any appearance(s) for the following parties.

Pamela Bondi, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Marco Rubio, in his official capacity as Secretary of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington, DC 20522

U.S. Attorney's Office for District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530