AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Coalition for Independent Technology Research _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:26-cv-815 (JEB) |
| Rubio, et al. _____ | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff _____ .

Date:     03/27/2026 _____

s/ Jameel Jaffer _____
*Attorney's signature*

Jameel Jaffer (MI0067) _____
*Printed name and bar number*

Knight First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115 _____
*Address*

jameel.jaffer@knightcolumbia.org _____
*E-mail address*

(646) 745-8500 _____
*Telephone number*

(646) 661-3361 _____
*FAX number*