AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Coalition for Independent Technology Research | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-815 (JEB) |
| Rubio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                          .

Date:     03/30/2026

/s/ Alex Abdo
*Attorney's signature*

Alex Abdo (NY Bar No. 4751491)
*Printed name and bar number*
Knight First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115

*Address*

alex.abdo@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*