AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Coalition for Independent Technology Research | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-815 (JEB) |
| Rubio, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                  .

Date:      03/30/2026

/s/ Katie Fallow
*Attorney's signature*

Katie Fallow (NY Bar No. 5471149)
*Printed name and bar number*
Knight First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115

*Address*

katie.fallow@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*