UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>      Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, et al.,<br><br>      Defendants. | Civil Action No. 26-815 (JEB) |

## NOTICE OF APPEARANCE

Defendants respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Zachariah Lindsey, on behalf of the Defendants in this matter.

Dated: March 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

*Attorneys for the United States of America*