**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>    Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's instruction, the parties have conferred regarding Plaintiff's Motion for Preliminary Injunction and Section 705 Stay, ECF No. 11, and respectfully propose the following briefing schedule:

1.    Amicus briefs shall be filed on or before Friday, April 10, 2026.

2.    Defendants' opposition brief shall be filed on or before Monday, April 20, 2026.

3.    Plaintiff's reply brief shall be filed on or before Friday, May 1, 2026.

The parties respectfully request that the Court schedule argument on the motion for a date during the week of May 11, 2026.

April 1, 2026                           Respectfully submitted,


/s/ *Naomi Gilens*                      /s/ *Carrie DeCell*
Naomi Gilens (D.C. Bar No. 90037831)*   Carrie DeCell (D.C. Bar No. 1015491)
Nicole Schneidman**                     Raya Koreh*
Protect Democracy Project               Kiran Wattamwar**

2020 Pennsylvania Avenue NW, Suite 163
Washington, DC 20006
(202) 579-4582
naomi.gilens@protectdemocracy.org

Anna Diakun**
Katie Fallow**
Alex Abdo**
Jameel Jaffer (D.C. Bar No. MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*

\* Application for admission to
D.D.C. pending.

\*\* Admitted *pro hac vice*.


 JEANINE FERRIS PIRRO
 United States Attorney

 /s/ *Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6612

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on April 1, 2026, I electronically filed the foregoing in the U.S. District Court for the District of Columbia using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*