AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Coalition for Independent Technology Research | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-815 (JEB) |
| Rubio, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                              .

Date:      04/02/2026                                             /s/ Kiran Wattamwar
                                                                        *Attorney's signature*


                                                            Kiran Wattamwar (D.C. Bar No. 90037966)
                                                                    *Printed name and bar number*
                                                              Knight First Amendment Institute
                                                              475 Riverside Drive, Suite 302
                                                              New York, NY 10115


                                                                            *Address*


                                                      kiran.wattamwar@knightcolumbia.org
                                                                      *E-mail address*


                                                                    (646) 745-8500
                                                                  *Telephone number*


                                                                    (646) 661-3361
                                                                      *FAX number*