UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCO RUBIO, et al.,<br><br>        Defendants. | Civil Action No. 26-815 (JEB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PROTECTIVE ORDER**

Defendants, by undersigned counsel, respectfully move this Court to extend the time to respond to the Motion for Protective Order. (ECF No. 10). Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff does not oppose this extension.

Currently, Defendants' deadline to file its response is April 9, 2026, pursuant to Local Civil Rule 7(b). Defendants request an 18-day extension of their filing deadline to April 27, 2026.

Good cause exists for this request because Plaintiff filed the motion concurrently with its Motion for Preliminary Injunction. (ECF No. 11). Under the current schedule, Defendants' response to the preliminary injunction motion is due April 20, 2026. (ECF No. 23). Extending the deadline for the protective order motion will promote judicial economy and allow Defendants to focus their resources on the time-sensitive issues raised in the preliminary injunction motion. Additionally, the protective order motion raises distinct issues that need not be resolved before the Court addresses the preliminary injunction motion.

This request is made in good faith and will not materially prejudice any party or disrupt the

litigation timeline.

A proposed order is attached.

Dated: April 3, 2026                          Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

                                              By: */s/ Zachariah Weston Lindsey*
                                                  Zachariah (Zack) Weston Lindsey
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  202-252-6612

                                              *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCO RUBIO, et al.,<br><br>　　　　Defendants. | Civil Action No. 26-815 (JEB) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including April 27, 2026, to respond

to Plaintiff's Motion for Protective Order, ECF No. 10, in this action.

SO ORDERED:

_____
Dated

_____
James E. Boasberg
United States District Judge

3