AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Coalition for Independent Technology Research | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-cv-815 (JEB) |
| Rubio, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                         .

Date:    04/06/2026

/s/ Naomi Gilens
*Attorney's signature*

Naomi Gilens (D.C. Bar No. 90037831)
*Printed name and bar number*

2020 Pennsylvania Avenue NW, Suite 163
Washington, DC 20006
*Address*

naomi.gilens@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*