AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▼

| | |
|---|---|
| Coalition for Independent Technology Research | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:26-cv-815 (JEB) |
| Rubio, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                              .

Date:    04/06/2026

                                          /s/ Nicole Schneidman
                                                 *Attorney's signature*

                   Nicole Schneidman (CA Bar No. 319511)
                       *Printed name and bar number*

         2020 Pennsylvania Avenue NW, Suite 163
               Washington, DC 20006

                                  *Address*

      nicole.schneidman@protectdemocracy.org
                      *E-mail address*

                     (202) 579-4582
                     *Telephone number*

                     (202) 769-3176
                         *FAX number*