AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Coalition for Independent Technology Research, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00815 |
| Marco Rubio, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Integrity Institute                                                              .

Date:      04/10/2026

/s/ Kathryn Ali
*Attorney's signature*

Kathryn Ali, D.C. Bar No. 994633
*Printed name and bar number*

ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002

*Address*

katie.ali@alilockwood.com
*E-mail address*

(202) 651-2476
*Telephone number*

*FAX number*