**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| |
|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, <br><br> *Plaintiff*, <br> v. <br><br> MARCO RUBIO, et al, <br><br> *Defendants.* |

Civil Action No. 1:26-cv-00815 (JEB)

**UNOPPOSED MOTION OF INTEGRITY INSTITUTE**
**FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to LCvR 7(o), Integrity Institute (the proposed "*amicus*"), a nonprofit association, respectfully moves, through undersigned counsel, for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for preliminary injunction. The proposed *amicus curiae* brief is filed contemporaneously, along with a proposed order. In support of this motion *amicus* further states:

1.      This Court has "broad discretion" in determining whether to grant leave to a third party to participate as *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Courts generally grant leave to participate as *amicus* when "the information offered is 'timely and useful.'" *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (citation omitted). Courts in this District will grant an amicus leave to file a brief "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (citation omitted).

1

2.      Proposed Amicus Integrity Institute is a think tank and membership organization comprising individuals working on trust and safety. Amicus publishes research and analysis on issues relating to online content and problems relating to the social network, and works to support its members through discussion, research, and analysis.

3.      *Amicus* has an interest in establishing the effects of Defendants' actions on its members. It submits the attached brief to assist the Court in understanding the work of trust and safety professionals and how that work supports the speech of social media platforms and the users of those platforms.

4.      The proposed brief describes how trust and safety professionals operate within social media platforms and why foreign workers are essential to that work. If foreign nationals are discouraged from engaging in trust and safety work because of immigration concerns, social media companies and users will suffer given the less robust and effective ecosystem for individual speech that will follow.

5.      Pursuant to LCvR 7(m), on March 31, 2026, counsel for *amicus* conferred with counsel for both parties. Plaintiff and Defendants have consented to the filing of this brief.

6.      No party or its counsel had any role in authoring this brief. No person or entity— other than *amicus* and its counsel—contributed money to fund the preparation of this brief.

For the foregoing reasons, proposed *amicus curiae* Integrity Institute respectfully requests that the Court grant its motion for leave to file a brief as *amicus curiae*.

Dated: April 10, 2026                              Respectfully submitted,

/s/*Kathryn Ali*
Kathryn Ali (D.C. Bar No. 994633)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002 (202) 651-2475

katie.ali@alilockwood.com

G.S. Hans (*pro hac vice forthcoming*)
CORNELL LAW SCHOOL
Myron Taylor Hall
Ithaca, N.Y. 14853
 (607) 254-5994
gshans@cornell.edu

*Counsel for Amicus Curiae*

3