**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

      *Plaintiff*,

   v.

MARCO RUBIO, et al,

      *Defendants.*

Civil Action No. 1:26-cv-00815 (JEB)

## <u>PROPOSED ORDER</u>

Upon consideration of the motion of the Integrity Institute for leave to file an *amicus curiae* brief and finding that such matters are as just and proper, it is hereby

**ORDERED** that the aforementioned motion is **GRANTED**; and it is further

**ORDERED** that the *Amicus Curiae* brief filed along with the motion for leave is deemed filed with the Court upon entry of this Order.

**SO ORDERED** this _____ day of _____, 2026.

_____
The Honorable James E. Boasberg
United States District Judge

1