**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

        *Plaintiff*,

   v.

MARCO RUBIO, et al,

        *Defendants.*

Civil Action No. 1:26-cv-00815 (JEB)

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court of the District of Columbia, Amici Curiae Integrity Institute, by and through their undersigned counsel Kathryn Ali, a member of the Bar of this Court, respectfully move that Gautam S. Hans be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.     Gautam S. Hans is a Clinical Professor of Law and Director of the Civil Rights and Civil Liberties Clinic at Cornell Law School, Myron Taylor Hall, Ithaca, N.Y. 14853, telephone (607)-254-5994.

2.     As set forth in the Declaration of Gautam S. Hans accompanying this motion, Gautam S. Hans is a member in good standing of the State Bar of Michigan.

3.     Gautam S. Hans has not been disciplined by any bar.

4.     Gautam S. Hans has not been previously admitted *pro hac vice* in this Court and has not previously sought admission *pro hac vice*.

1

WHEREFORE, Amicus Curiae, by and through their undersigned counsel, move that this Court enter an Order permitted Gautam S. Hans to appear *pro hac vice* in the above captioned action.

Dated: April 10, 2026                                    Respectfully submitted,

/s/ *Kathryn Ali*
Kathryn Ali (D.C. Bar No. 994633)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com

*Counsel for Amicus Curiae*

2