**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>        *Plaintiff*,<br>    v.<br><br>MARCO RUBIO, et al,<br><br><br>        *Defendants.* | Civil Action No. 1:26-cv-00815 (JEB) |

## <u>DECLARATION OF GAUTAM S. HANS</u>

I, Gautam S. Hans, pursuant to 28 U.S.C. § 1746, declare as follows: Pursuant to Local Rule 83.2(c), I certify that I am eligible for admission to this Court:

1.     I am a Clinical Professor of Law and Director of the Civil Rights and Civil Liberties Clinic at Cornell Law School, Myron Taylor Hall, Ithaca, N.Y. 14853, telephone (607)-254-5994.

2.     I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the State Bar of Michigan. A Certificate of Good Standing from the State Bar of Michigan is attached hereto as Exhibit A.

3.     I have not been disciplined by any bar.

4.     I have not been previously admitted *pro hac vice* in this Court and has not previously sought admission *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: Ithaca, N.Y.
      March 31, 2026

G.S. Hans

CORNELL LAW SCHOOL
Myron Taylor Hall
Ithaca, N.Y. 14853
(607) 254-5994

2