# Exhibit A

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Gautam Singh Hans, P81537 of Ithaca, New York is an active member of the State Bar of Michigan in good standing.

Gautam Singh Hans was admitted to practice in Michigan on May 17, 2017 in Washtenaw County and became a member of the State Bar of Michigan on May 22, 2017.



Peter W. Cunningham, Executive Director
March 24, 2026