**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

       *Plaintiff*,

   v.

MARCO RUBIO, et al,

       *Defendants.*

Civil Action No. 1:26-cv-00815 (JEB)

**PROPOSED ORDER**

Upon consideration of Amicus Curiae's Motion for Admission *Pro Hac Vice* of Gautam S.

Hans and the accompanying Declaration of Gautam S. Hans, it is hereby **ORDERED** that Amicus

Curiae's Motion for Admission *Pro Hac Vice* of Gautam S. Hans is hereby **GRANTED**.

    **SO ORDERED** this _____ day of _____, 2026.

 

_____
The Honorable James E. Boasberg
United States District Judge

1