AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Coalition for Independent Technology Research | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:26-cv-00815-JEB |
| Marco Rubio, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation

Date:    April 10, 2026

/s/ Aaron Mackey

*Attorney's signature*

Aaron Mackey (DC Bar No. 1017004)

*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

*Address*

amackey@eff.org

*E-mail address*

(415) 436-9333

*Telephone number*

(415) 436-9993

*FAX number*

| Print | Save As... | Reset |
|---|---|---|