**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>       Plaintiff,<br><br>       v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>       Defendants. | Case No. 1:26-cv-00815-JEB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Upon consideration of motion of Electronic Frontier Foundation to file brief as amicus curiae, it is hereby

ORDERED that the motion of Electronic Frontier Foundation to file brief as amicus curiae is GRANTED.

**IT IS SO ORDERED.**


Dated: _____        _____

                                            Chief Judge James E. Boasberg<br>                                            United States District Judge

1