AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Coalition for Independent Technology Research | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00815-JEB |
| Marco Rubio et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Poynter Institute for Media Studies, Inc.                                    .

Date:     04/10/2026

/s/ Meenakshi Krishnan
*Attorney's signature*

Meenakshi Krishnan (D.D.C. Bar ID # 1617229)
*Printed name and bar number*
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005

*Address*

meenakshikrishnan@dwt.com
*E-mail address*

(202) 973-4239
*Telephone number*

(202) 973-4499
*FAX number*