UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

      Plaintiff,

v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; and PAMELA BONDI, in her
official capacity as Attorney General of the
United States,

      Defendants.

Case No.: 1:26-cv-00815 (JEB)

## [PROPOSED] ORDER

Upon consideration of the motion of The Poynter Institute for Media Studies, Inc. for leave to file an *amicus curiae* brief and finding that such matters are as just and proper, it is hereby:

**ORDERED** that the aforementioned motion is **GRANTED**; and it is further

**ORDERED** that the Amicus Curiae brief filed along with the motion for leave is deemed filed with the Court upon entry of this Order.

**SO ORDERED** this _____ day of _____, 2026.

_____
The Honorable James E. Boasberg
United States District Judge