**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH<br><br>          Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>          Defendants. | Case No.: 1:26-cv-00815 (JEB) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARK R. CARAMANICA AS COUNSEL FOR PROPOSED AMICUS CURIAE THE POYNTER INSTITUTE**

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court of the District of Columbia, Amicus Curiae The Poynter Institute for Media Studies, Inc., by and through their undersigned counsel Laura R. Handman, a member of the Bar of this Court, respectfully move that Mark R. Caramanica be admitted *pro hac vice* in the above-captioned action.  In support of this motion, the undersigned represents:

1.      Mark R. Caramanica is an attorney at the law firm Thomas & LoCicero, PL, 601 S. Boulevard, Tampa, Florida, 33606.

2.      As set forth in the Declaration of Mark R. Caramanica accompanying this motion, Mark R. Caramanica is a member in good standing of the State Bar of Florida.

3.      Mark R. Caramanica has not been disciplined by any bar.

4.      Mark R. Caramanica has previously been admitted *pro hac vice* one time in this

Court.

WHEREFORE, Amicus Curiae, by and through their undersigned counsel, move that this

Court enter an Order permitted Mark R. Caramanica to appear *pro hac vice* in the above

captioned action.

Dated: April 10, 2026                         Respectfully submitted,

                                              /s/ *Laura R. Handman*
                                              Laura R. Handman (D.C. Bar No. 444386)
                                              Meenakshi Krishnan (D.C. Bar No. 1617229)
                                              DAVIS WRIGHT TREMAINE LLP
                                              1301 K Street, Ste. 500 East
                                              Washington, DC 20005
                                              Telephone: (202) 973-4239

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on April 10, 2026, I electronically filed the foregoing motion in the U.S. District Court for the District of Columbia using the CM/ECF system. Electronic copies have been served via CM/ECF to counsel for the Plaintiff and Defendants.

Respectfully submitted,

/s/ *Laura R. Handman*
Laura R. Handman (D.C. Bar No. 444386)
Meenakshi Krishnan (D.C. Bar No. 1617229)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, Ste. 500 East
Washington, DC 20005
Telephone: (202) 973-4239