**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH<br><br><br>　　　Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>　　　Defendants. | Case No.: 1:26-cv-00815 (JEB) |

## [PROPOSED] ORDER

Upon consideration of Amicus Curiae's Motion for Admission *Pro Hac Vice* of Mark R. Caramanica and the accompanying Declaration of Mark R. Caramanica, it is hereby **ORDERED** that Amicus Curiae's Motion for Admission *Pro Hac Vice* of Mark R. Caramanica is hereby **GRANTED**.

**SO ORDERED** this _____ day of _____, 2026.

_____
The Honorable James E. Boasberg
United States District Judge