**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH

      Plaintiff,

v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; and PAMELA BONDI, in her
official capacity as Attorney General of the
United States,

      Defendants.

Case No.: 1:26-cv-00815 (JEB)

**MOTION FOR ADMISSION *PRO HAC VICE* OF RACHAEL L. JONES AS COUNSEL**
**FOR PROPOSED AMICUS CURIAE THE POYNTER INSTITUTE**

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court of the

District of Columbia, Amicus Curiae The Poynter Institute for Media Studies, Inc., by and

through their undersigned counsel Laura R. Handman, a member of the Bar of this Court,

respectfully move that Rachael L. Jones be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.     Rachael L. Jones is an attorney at the law firm Thomas & LoCicero, PL, 601 S.

Boulevard, Tampa, Florida, 33606.

2.     As set forth in the Declaration of Rachael L. Jones accompanying this motion,

Rachael L. Jones is a member in good standing of the Bar of the District of Columbia.

3.     Rachael L. Jones has not been disciplined by any bar.

4. Rachael L. Jones has not been previously admitted *pro hac vice* in this Court and has not previously sought admission *pro hac vice*.

WHEREFORE, Amicus Curiae, by and through their undersigned counsel, move that this Court enter an Order permitted Rachael L. Jones to appear *pro hac vice* in the above captioned action.

Dated: April 10, 2026

Respectfully submitted,

/s/ *Laura R. Handman*
Laura R. Handman (D.C. Bar No. 444386)
Meenakshi Krishnan (D.C. Bar No. 1617229)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, Ste. 500 East
Washington, DC 20005
Telephone: (202) 973-4239

2

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on April 10, 2026, I electronically filed the foregoing motion in the U.S. District Court for the District of Columbia using the CM/ECF system. Electronic copies have been served via CM/ECF to counsel for the Plaintiff and Defendants.

Respectfully submitted,

/s/  *Laura R. Handman*
Laura R. Handman (D.C. Bar No. 444386)
Meenakshi Krishnan (D.C. Bar No. 1617229)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, Ste. 500 East
Washington, DC 20005
Telephone: (202) 973-4239