**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH


      Plaintiff,

v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; and PAMELA BONDI, in her
official capacity as Attorney General of the
United States,

      Defendants.

Case No.: 1:26-cv-00815 (JEB)

**[PROPOSED] ORDER**

Upon consideration of Amicus Curiae's Motion for Admission *Pro Hac Vice* of Rachael

L. Jones and the accompanying Declaration of Rachael L. Jones, it is hereby **ORDERED** that

Amicus Curiae's Motion for Admission *Pro Hac Vice* of Rachael L. Jones is hereby

**GRANTED**.

      **SO ORDERED** this _____ day of _____, 2026.


_____
The Honorable James E. Boasberg
United States District Judge