**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 1:26-cv-00815-JEB |

**UNOPPOSED MOTION BY ELECTRONIC FRONTIER FOUNDATION
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The Electronic Frontier Foundation (EFF) seeks leave to file an *amicus curiae* brief in support of Plaintiff's motion for Section 705 stay and preliminary injunction. The parties consent to EFF filing this brief.

The amicus brief will assist the court in its consideration of the motion by providing the court with information about the history of content moderation and the important role that civil society, including researchers, academics, and nonprofit organizations, have played in it. The amicus brief will not duplicate arguments made by the plaintiff.

EFF is a member-supported, nonprofit civil liberties organization founded in 1990 to defend civil liberties in the digital world. Social media content moderation is one of the many issues in which EFF has developed expertise and it has applied that expertise both in the courtroom and in numerous U.S.-based and international civil society forums. EFF has frequently filed influential amicus briefs in the U.S. Supreme Court and in various federal and

1

state appellate courts in cases arising from content moderation, dating back to its amicus brief filed in the Ninth Circuit in 2018 in *Prager Univ. v Google*, 951 F.3d 991 (9th Cir. 2020). The Eleventh Circuit used examples from EFF's amicus brief submitted in *Netchoice v. Attorney General, Florida*, 34 F.4th 1196, 1213 (11th Cir. 2022), *aff'd in par, rev'd in part by Moody v. Netchoice*, 603 U.S. 707 (2024). EFF has also written extensively in non-legal forums about the human rights implications of content moderation. EFF is among the co-authors of the Santa Clara Principles, www.santaclaraprinciples.org, and was among the organizations that surveyed internet users around the world about their experiences with content moderation. EFF also maintains the webpage Tracking Global Online Censorship, www.onlinecensorship.org, which tracks the impact of content moderation on freedom of expression worldwide, and an issue page on Corporate Speech Controls, www.eff.org/issues/corporate-speech-controls, in which it indexes its writings on the topic.

This brief was originally filed on April 10, 2026, but was rejected by this court without prejudice to refiling for excessive footnotes. This version now being submitted complies with the court's rules. It has only 6 footnotes using an aggregate of 12 lines of text.

EFF respectfully requests leave to file the attached *amicus* brief.

Dated: April 13, 2026                    Respectfully submitted,

                                         */s/ Aaron Mackey*
                                         Aaron Mackey (DC Bar No.  1017004)
                                         Electronic Frontier Foundation
                                         815 Eddy Street
                                         San Francisco, CA 94109
                                         (415) 436-9333 phone
                                         (415) 436-9993 fax
                                         amackey@eff.org

                                         *Counsel for Amicus Curiae*
                                         *Electronic Frontier Foundation*