**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

        Plaintiff,

        v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her official
capacity as Secretary of Homeland Security, and
PAMELA BONDI, in her official capacity as
Attorney General of the United States,

        Defendants.

Case No. 1:26-cv-00815-JEB

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF AS *AMICUS CURIAE***

Upon consideration of motion of Electronic Frontier Foundation to file brief as amicus

curiae, it is hereby

ORDERED that the motion of Electronic Frontier Foundation to file brief as amicus

curiae is GRANTED.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                  Chief Judge James E. Boasberg
                                                  United States District Judge

1