UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>      Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, et al.,<br><br>      Defendants. | Civil Action No. 26-815 (JEB) |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants, by undersigned counsel, respectfully move this Court for a three-day extension of time to respond to Plaintiff's Motion for Preliminary Injunction. (ECF No. 11). Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff opposes.

Currently, Defendants' deadline to file its response is April 20, 2026, pursuant to the Court's April 1, 2026 Minute Order. Defendants request a 3-day extension of their filing deadline to April 23, 2026.

Good cause exists for this request because Defendants require additional time to coordinate with Agency counsel and ensure that their opposition fully and accurately presents the relevant issues to the Court. A brief extension will promote judicial economy by facilitating a complete and carefully considered response.

This request is made in good faith and will not materially prejudice any party or significantly disrupt the litigation schedule. The hearing is currently set for May 11, 2026, six business days after Plaintiff's reply is due under the current schedule. Even if the response and

reply deadlines are each extended by three business days, the Court would still have approximately three business days to consider the parties' briefing in advance of the hearing.

A proposed order is attached.

Dated: April 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>     Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, et al.,<br><br>     Defendants. | Civil Action No. 26-815 (JEB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including April 23, 2026, to respond to Plaintiff's Motion for Preliminary Injunction, ECF No. 11, and Plaintiff shall have through and including May 6, 2026 to file its reply in this action.

SO ORDERED:

_____
Dated

_____
James E. Boasberg
United States District Judge

3