**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

       Plaintiff,

    v.

MARCO RUBIO, in his official capacity as
Secretary of State; MARKWAYNE
MULLIN, in his official capacity as Secretary
of Homeland Security; and TODD
BLANCHE, in his official capacity as Acting
Attorney General of the United States,

       Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**SUPPLEMENTAL DECLARATION OF CARRIE DECELL**

I, Carrie DeCell, declare as follows:

1.      I am a licensed attorney in good standing in the District of Columbia. I appear on behalf of Plaintiff in the above-captioned case.

2.      I submit this supplemental declaration in support of Plaintiff's motion for a Section 705 stay and preliminary injunction pursuant to Federal Rule of Civil Procedure 65.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a press release from the Department of State titled, "Announcement of Expanded Screening and Vetting for H-1B and Dependent H-4 Visa Applicants," dated December 3, 2025. The press release is also available at https://perma.cc/ZT5B-89Y6.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of a *New York Times* article by Michael D. Shear, Catherine Porter, Jane Bradley and Christopher F. Schuetze titled "The 27-

Year-Old Diplomat Waging Trump's Cultural War with Europe," published on April 17, 2026. The article is also available at https://perma.cc/WMU5-EBEY.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an *MIT Technology Review* article by Eileen Guo titled "Senior State Department official sought internal communications with journalists, European officials, and Trump critics," published on May 1, 2025. The article is also available at https://perma.cc/5CAV-DJ8D.

6.      A true and correct copy of a video of a House Committee on Foreign Affairs hearing titled "Advancing National Security Through Public Diplomacy," held on March 5, 2026, is available at https://democrats-foreignaffairs.house.gov/2026/3/advancing-national-security-through-public-diplomacy [https://perma.cc/AU4L-SARR]. I watched the video of the hearing, at which Under Secretary of State for Public Diplomacy Sarah B. Rogers appeared as a witness. At 45:42–45:57 of the video, Under Secretary Rogers stated as follows: "We knew that one of the targets of our recent 3C sanctions policy, Imran Ahmed, who worked for a British NGO, that one of the goals, one of the goals of that British NGO's activity was to 'Kill Musk's Twitter' in order to undermine American political freedoms." *Advancing National Security Through Public Diplomacy: Hearing Before the H. Comm. on Foreign Affs.*, 119th Cong. (2026) (testimony of Under Secretary Rogers), at 45:42–45:57, https://democrats-foreignaffairs.house.gov/2026/3/advancing-national-security-through-public-diplomacy.

7.      In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on: May 6, 2026                    */s/ Carrie DeCell*
                                             Carrie DeCell

                                             *Counsel for Plaintiff*