Case No. 1:26-cv-815 (JEB)

# EXHIBIT 1

# Announcement of Expanded Screening and Vetting for H-1B and Dependent H-4 Visa Applicants

Last Updated: December 3, 2025

As of December 15, the Department will expand the requirement that an online presence review be conducted for all H-1B applicants and their dependents, in addition to the students and exchange visitors already subject to this review. To facilitate this vetting, all applicants for H-1B and their dependents (H-4), F, M, and J nonimmigrant visas are instructed to adjust the privacy settings on all of their social media profiles to "public."

The State Department uses all available information in visa screening and vetting to identify visa applicants who are inadmissible to the United States, including those who pose a threat to U.S. national security or public safety. We conduct thorough vetting of all visa applicants, including online presence review of all student and exchange visitor applicants in the F, M, and J nonimmigrant classifications.

Every visa adjudication is a national security decision. The United States must be vigilant during the visa issuance process to ensure that those applying for admission into the United States do not intend to harm Americans and our national interests, and that all applicants credibly establish their eligibility for the visa sought, including that they intend to engage in activities consistent with the terms for their admission. A U.S. visa is a privilege, not a right.

