**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

      Plaintiff,

v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; and PAMELA BONDI, in her
official capacity as Attorney General of the
United States,

      Defendants.

Case No.: 1:26-cv-00815 (JEB)

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

I, Rachael L. Jones, am admitted to practice *pro hac vice* in this Court, and I appear in this case as counsel for Amicus Curiae, The Poynter Institute for Media Studies, Inc.

Dated: May 12, 2026

Respectfully submitted,

/s/ *Rachael L. Jones*
**THOMAS & LOCICERO PL**
Rachael L. Jones (*Pro Hac Vice*)
D.C. Bar No. 1616184
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3069
rjones@tlolawfirm.com
jvanderhorst@tlolawfirm.com

-and-

**DAVIS WRIGHT TREMAINE LLP**
Laura R. Handman

2

D.C. Bar # 1026302
Meenakshi Krishnan
D.C. Bar # 1026302
1301 K Street, Ste. 500 East
Washington, D.C. 20005
Telephone: (202) 973-4241
laurahandman@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Amicus Curiae The Poynter
Institute for Media Studies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2026, true and correct copies of the

foregoing Notice of Appearance was filed and served via CM/ECF upon all counsel of record.


/s/ *Rachael L. Jones*
Attorney

2