**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>   Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>   Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**JOINT MOTION TO HOLD DEFENDANTS' MOTION TO DISMISS IN ABEYANCE**

The parties have conferred regarding Defendants' Motion to Dismiss and for Relief from Local Rule 7(n) ("MTD"), ECF No. 51, and they respectfully request that the Court hold the MTD in abeyance pending a ruling on Plaintiff's Motion for Section 705 Stay and Preliminary Injunction ("PI Motion"), ECF No. 11. In support of this Motion, the parties state as follows:

1. Plaintiff's PI Motion has been fully briefed, argued, and taken under advisement. *See* Min. Entry, May 13, 2026.

2. The Court's resolution of Plaintiff's PI Motion will likely address many of the issues raised in Defendants' MTD and thus alter the scope of the issues that remain to resolve on the MTD.

3. Therefore, for purposes of judicial economy, the parties respectfully request that the Court hold Defendants' MTD in abeyance pending a ruling on Plaintiff's PI Motion. Neither the Court nor the parties would be prejudiced by an order holding Defendants' MTD in abeyance.

4.     The parties further propose to file a joint motion for a briefing schedule on Defendants' MTD within one week of the Court's ruling on Plaintiff's PI Motion.

For the foregoing reasons and for good cause shown, the parties respectfully request that the Court hold Defendants' MTD in abeyance pending a ruling on Plaintiff's PI Motion. A proposed order is attached hereto as Exhibit A.

May 20, 2026                                              Respectfully submitted,


 /s/ *Nicole Schneidman*                                   /s/ *Carrie DeCell*
Nicole Schneidman*                              Carrie DeCell (D.C. Bar No. 1015491)
Protect Democracy Project                       Raya Koreh (D.D.C. Bar No. NY0712)
2020 Pennsylvania Avenue NW, Suite 163          Kiran Wattamwar*
Washington, DC 20006                            Anna Diakun*
(202) 579-4582                                  Katie Fallow*
nicole.schneidman@protectdemocracy.org          Alex Abdo*
                                                Jameel Jaffer (D.D.C. Bar No. MI0067)
                                                Knight First Amendment Institute
                                                  at Columbia University
                                                475 Riverside Drive, Suite 302
                                                New York, NY 10115
                                                (646) 745-8500
                                                carrie.decell@knightcolumbia.org

                                                *Counsel for Plaintiff*

                                                * Admitted *pro hac vice*.


                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney

                                                 /s/ *Zachariah Weston Lindsey*
                                                Zachariah (Zack) Weston Lindsey
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                (202) 252-6612

                                                *Counsel for Defendants*


2