**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT
TECHNOLOGY RESEARCH,

        Plaintiff,

    v.

MARCO RUBIO, in his official capacity as
Secretary of State; MARKWAYNE
MULLIN, in his official capacity as Secretary
of Homeland Security; and TODD
BLANCHE, in his official capacity as Acting
Attorney General of the United States,

        Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

## [PROPOSED] ORDER

The Court, on consideration of the Joint Motion to Hold Defendants' Motion to Dismiss in Abeyance, and for good cause shown, ORDERS that:

1. The Joint Motion is GRANTED;

2. Defendants' Motion to Dismiss and for Relief from Local Rule 7(n) ("MTD"), ECF No. 51, is HELD IN ABEYANCE pending a ruling on Plaintiff's Motion for Section 705 Stay and Preliminary Injunction ("PI Motion"), ECF No. 11; and

3. The parties shall file a joint motion for a briefing schedule on Defendants' MTD within one week of the Court's ruling on Plaintiff's PI Motion.

SO ORDERED

Dated: _____

_____
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE