**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,**<br><br>　　　　**Plaintiff,**<br><br>　　　　　**v.**<br><br>**MARCO RUBIO,** *et al.*,<br><br>　　　　**Defendants.** | **Civil Action No. 26-815 (JEB)** |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [10] Motion for Protective Order is DENIED WITHOUT PREJUDICE;

2. Plaintiff's [11] Motion for Stay and Preliminary Injunction is GRANTED IN PART and DENIED IN PART; and

3. Defendants' policy of subjecting noncitizens to visa denial or revocation, exclusion, or removal based on research, reporting, advocacy, or other work involving misinformation, disinformation, fact checking, content moderation, compliance, or trust and safety is STAYED pursuant to 5 U.S.C. § 705 pending resolution of this action.

　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　Chief Judge

Date:  July 14, 2026

1