UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, et al.,<br><br>    Defendants. | Civil Action No. 26-815 (JEB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A JOINT MOTION FOR A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Defendants, by undersigned counsel, respectfully move this Court to extend the time to file a joint motion for a briefing schedule on Defendants' Motion to Dismiss pursuant to the May 21, 2026 Minute Order. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff does not oppose this extension.

Currently, the parties' deadline to file their joint motion is July 21, 2026. Defendants request a 60-day extension of their filing deadline to September 21, 2026.

Good cause exists for this request because Defendants are presently reviewing the Court's Opinion granting in part and denying in part Plaintiff's Motion for Stay and Preliminary Injunction (ECF No. 52). The undersigned requires additional time to confer with agency counsel and the relevant Department of Justice components to determine the appropriate path forward, including whether to pursue an appeal of the Court's order. Either party has 60 days to appeal a preliminary injunction. Fed. R. App. P. 4(a)(1)(B)(iii). Plaintiff will not be prejudiced by this extension because the Court has issued a stay pending resolution of this litigation. A proposed order is attached.

\*     \*     \*

Dated: July 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Zachariah Weston Lindsey_
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

_Attorneys for the United States of America_

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, et al.,<br><br>    Defendants. | Civil Action No. 26-815 (JEB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the parties shall have through and including September 21, 2026, to file a joint motion for a briefing schedule on Defendants' Motion to Dismiss.


SO ORDERED:


_____                    _____
Dated                                             James E. Boasberg
                                                  United States District Judge