**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**[PROPOSED] ORDER CLARIFYING STAY ORDER**

The Court, on consideration of Plaintiff's Motion to Clarify Stay Order, and for good cause shown, ORDERS that:

1. Plaintiff's Motion to Clarify Stay Order is GRANTED;
2. The third paragraph of this Court's July 14, 2026 Order, ECF No. 53, which stays, pursuant to 5 U.S.C. § 705, "Defendants' policy," includes the three paragraphs of the December 2, 2025 State Department cable to consular officers (the "Cable") that are part of Defendants' policy;
3. Defendants shall immediately inform consular officers that those paragraphs of the Cable are stayed and not currently in effect;
4. Counsel for Defendants shall file a status report within seven days of this Order certifying compliance with its requirements; and
5. This Order does not modify this Court's July 14, 2026 Order, ECF No. 53.

SO ORDERED

Dated: ____________________

______________________________
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE