**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Kiran Wattamwar, withdraws her appearance as counsel for Plaintiff in this matter, as September 4, 2026 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University and Protect Democracy Project will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

September 3, 2026

Respectfully submitted,

/s/ *Kiran Wattamwar*

Kiran Wattamwar (*Pro Hac Vice*)
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
kiran.wattamwar@knightcolumbia.org