UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, et al.,<br><br>Defendants. | Civil Action No. 26-815 (JEB) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A JOINT MOTION FOR A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Defendants, by undersigned counsel, respectfully move this Court to extend the time to file a joint motion for a briefing schedule on Defendants' Motion to Dismiss pursuant to the July 16, 2026 Minute Order. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff consents to this extension.

Currently, the parties' deadline to file their joint motion is September 21, 2026. Defendants request a 60-day extension of their filing deadline to November 20, 2026.

Good cause exists for this request. The government continues to review whether it will proceed on appeal from this Court's order. That authority lies with the Solicitor General of the United States. *See* 28 C.F.R. 0.20(b). The government requires additional time to coordinate with the various stakeholders and for the administrative processes related to this appeal determination to finalize. No party will be prejudiced by the extension, and Plaintiff consents. A proposed order is attached.

* * *

Dated: September 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*

Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, et al.,<br><br>Defendants. | Civil Action No. 26-815 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the parties shall have through and including November 20, 2026, to file a joint motion for a briefing schedule on Defendants' Motion to Dismiss.

SO ORDERED:

__________________________
Dated

__________________________
James E. Boasberg
United States District Judge