**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**CONSENT MOTION TO CONTINUE HEARING**

Pursuant to Federal Rule of Civil Procedure 7, Local Civil Rule 7, and Local Civil Rule 16.1, Plaintiff Coalition for Independent Technology Research ("CITR") respectfully moves to continue the hearing scheduled for Wednesday, September 23, 2026, to Thursday, October 1 or Friday, October 2. CITR requests this short continuance because its lead counsel, Carrie DeCell, intends to argue its Motion to Clarify Stay Order, ECF No. 56, but will be unavailable during the scheduled date and time. Ms. DeCell has long-standing plans to travel with her family to the United Kingdom on the evening of Tuesday, September 22, to attend the wedding of a family member. She will return to the United States on the night of Monday, September 28. This travel would make it difficult for Ms. DeCell to appear at the scheduled hearing, even remotely.

In compliance with Local Civil Rule 7(m), counsel for CITR has conferred with counsel for Defendants about the relief sought in this motion. Counsel for Defendants has consented to this request, while noting that he will be traveling the week of October 5, also to attend a wedding.

CITR therefore requests a continuance of the hearing to Thursday, October 1 or Friday, October 2, should the Court's schedule permit.

A proposed order is submitted herewith. We thank the Court for its attention to this matter.

September 21, 2026

Respectfully submitted,

/s/ *Nicole Schneidman*
Nicole Schneidman*
Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite 163
Washington, DC 20006
(202) 579-4582
nicole.schneidman@protectdemocracy.org

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Anna Diakun*
Katie Fallow* (D.C. Bar No. 462002)
Alex Abdo*
Jameel Jaffer (D.D.C. Bar No. MI0067)
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*

* Admitted *pro hac vice*.