**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING**

The Court, upon consideration of the consent motion to continue the hearing date for Plaintiff's pending Motion to Clarify Stay Order, ECF No. 56, and for good cause shown, ORDERS that:

1. Plaintiff's Motion to Continue Hearing is GRANTED; and
2. The hearing set for September 23, 2026, is hereby continued to October ________, 2026, at ____________ [AM / PM].

SO ORDERED

Dated: ____________________

______________________________________
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE