**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**MOTION FOR ADMISSION *PRO HAC VICE* OF ZOE RUBIN AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of Zoe Rubin, an attorney with the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of the state of New York, as additional counsel for the Plaintiff in this case. Ms. Rubin's declaration is filed herewith.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Carrie DeCell*

Carrie DeCell (1015491)
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*