**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Civil Action No. 1:26-cv-00815 (JEB) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ZOE RUBIN *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Zoe Rubin *pro hac vice*. Upon consideration of the motion, the Court grants attorney Zoe Rubin *pro hac vice* admission to this Court in the above-referenced matter.

SO ORDERED

Dated: ____________________

______________________________
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE