AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Coalition for Independent Technology Research
*Plaintiff*
v.
Rubio, et al.
*Defendant*

Case No. 1:26-cv-815 (JEB)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 09/30/2026

/s/ Zoe Rubin
*Attorney's signature*

Zoe Rubin (N.Y. Bar No. 6231070)
*Printed name and bar number*

Knight First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

zoe.rubin@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*