**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendants.

Civil Action No. 1:26-cv-00815 (JEB)

**PLAINTIFF'S NOTICE TO UNSEAL**

Plaintiff Coalition for Independent Technology Research ("CITR") submits this notice to unseal its supplemental brief in support of its motion to clarify the Court's July 14, 2026 order ("Supplemental Brief"), ECF No. 69, attached hereto as **Exhibit A**. The parties agreed that CITR would provisionally file the Supplemental Brief under seal to allow Defendants an opportunity to review its discussion of a December 2, 2025 cable to consular officers that was filed under seal, ECF No. 57. Defendants have since reviewed the Supplemental Brief and agreed to lift the seal.

October 16, 2026

Respectfully submitted,

/s/ *Nicole Schneidman*
Nicole Schneidman*
Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite 163
Washington, DC 20006
(202) 579-4582
nicole.schneidman@protectdemocracy.org

/s/ *Carrie DeCell*
Carrie DeCell (D.C. Bar No. 1015491)
Zoe Rubin*
Anna Diakun*
Katie Fallow* (D.C. Bar No. 462002)
Alex Abdo*
Jameel Jaffer (D.D.C. Bar No. MI0067)
Knight First Amendment Institute

at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for Plaintiff*

* Admitted *pro hac vice*.