**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARCO RUBIO, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 26-815 (JEB)** |

# ORDER

The Court's Memorandum Opinion and separate Order stayed Defendants' "policy of subjecting noncitizens to visa denial or revocation, exclusion, or removal based on" certain activities. See ECF No. 53 (Order) at 1. The parties now dispute whether paragraph 8 of the December 2, 2025, cable is included in that stay. Compare ECF No. 69 (Pl. Brief) with ECF No. 70 (Def. Response). The Court believes that Plaintiff has the better position.

The Court in its ruling explicitly found that the challenged policy included the cable. See ECF No. 54 (Mem. Op.) at 16. Its descriptions of the policy in fact cited the very paragraph at issue here. Id. at 7, 37. Plaintiff is thus correct that "Paragraph 8 is a core component of the Policy's operative force." Pl. Brief at 1–2. To simply characterize the directives in the paragraph as "merely authoriz[ing] vetting" is an understatement. See Def. Resp. at 2.

The Court, accordingly, ORDERS that Plaintiff's [56] Motion to Clarify is GRANTED as to Paragraph 8, which is part of the policy that the Court has stayed.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: November 4, 2026